IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

             Plaintiff,

     vs.

DOUGLAS EDELMAN - 1,

            Defendant.

_____

Criminal Action
No 1: 24-239

Washington, DC
April 29, 2026

10:41 a.m.

TRANSCRIPT OF EVIDENTIARY HEARING
BEFORE THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:     Ezra Spiro
                      DOJ-TAX
                      150 M Street NE
                      Washington, DC 20002

                      Sarah C. Ranney
                      U.S. ATTORNEYS OFFICE
                      FOR THE DISTRICT OF COLUMBIA
                      601 D Street NW
                      Washington, DC 20579

For the Defendant:    George M. Clarke , III
                      BAKER & MCKENZIE LLP
                      815 Connecticut Avenue NW
                      Washington, DC 20006-4078

                      Sonya C. Bishop
                      BAKER MCKENZIE
                      New York
                      452 Fifth Avenue
                      New York, NY 10018

Court Reporter:       Sherry Lindsay
                      Official Court Reporter
                      U.S. District & Bankruptcy Courts
                      333 Constitution Avenue, NW
                      Room 6710
                      Washington, DC 20001

P R O C E E D I N G S

THE COURTROOM DEPUTY:  Your Honor, we are on the record in criminal case 24-239, *United States of America versus Douglas Edelman.*

Starting with the Government, please approach and identify yourself for the record.

MR. SPIRO:  Good afternoon, Your Honor.  Ezra Spiro and Sarah Ranney on behalf of the United States.

THE COURT:  Good morning.

MR. CLARKE:  Good morning, Your Honor.  George Clarke and Sonya Bishop on behalf of Mr. Edelman.  And Mr. Edelman is here as well.

THE COURT:  All right.  Good morning, counsel, Mr. Edelman.  I'm sorry about the delay.  If you have been in the courtroom, you know I have had some issues with my deliberating jury.

MR. CLARKE:  No problem.

THE COURT:  All right.  So I put out a memorandum on Monday that clarified the scope of this evidentiary hearing or maybe less of an evidentiary hearing, but to some degree it is evidentiary -- we are simply not having witnesses -- and set forth my initial conclusions on the relevant issues.  And so I would like to use this hearing to give the parties an opportunity to respond to my preliminary conclusions.  I also have some questions after you both have your opportunity to

respond.

I'm going to ask the government to make its presentation first.  Then we'll take a short break and the defense will have its opportunity to respond.  But before we go into the parties' presentation, I want to set the stage a little bit with some background information, more information than was provided in the memorandum.  I thought the memorandum was one way of at least starting off with my initial impressions so that you could tell me you support, you don't support or where am I wrong or where am I correct.  But this is background information as I understand the case.

In May 2024, Mr. Edelman was charged with a 30-count indictment.  Count 1 charges Mr. Edelman with participating in a conspiracy to defraud the United States.  Counts 2 and 3 charge Mr. Edelman with making false statements to the IRS and DOJ respectively.  Counts 4 through 18 charge Mr. Edelman with tax evasion for the years 2006 through 2020.  And Counts 19 through 30 charge Mr. Edelman with filing false reports of foreign bank and financial accounts for the years 2007 through 2020.

In May 2025, Mr. Edelman pled guilty to Counts 1 through 10 of the indictment.  Mr. Edelman entered this plea without a plea agreement.  He maintains his innocence as to Counts 11 through 30.

Mr. Edelman and the government have agreed to move

forward with sentencing on Counts 1 through 10 while holding Counts 11 through 30 in abeyance.  The government has indicated it will decide whether to proceed to trial on Counts 11 through 30 following the Court's resolution of issues regarding the total tax loss applicable to calculating Mr. Edelman's base offense level for sentencing on Counts 1 through 10.  So I want to set out as I understand everything.

At sentencing for Counts 1 through 10, Mr. Edelman's base offense level will be determined by the "Total tax loss" attributable to his offense.  And that's based on the guidelines.

In calculating the total tax loss attributable to Mr. Edelman's offense, the Court must consider the tax loss attributable to all of Mr. Edelman's relevant conduct, which is defined in this context as all conduct violating the tax laws that is not clearly unrelated to the charged offense.

The parties represent that in determining tax loss Courts routinely accept as relevant conduct facts proven by a preponderance of the evidence relating to uncharged counts.

The purpose of today's presentencing evidentiary hearing is to resolve a factual issue concerning the scope of Mr. Edelman's relevant conduct and in turn the total tax loss attributable to Mr. Edelman's offense.

As I mentioned, the indictment charges Mr. Edelman with tax evasion for the years 2006 through 2020.  These

charges primarily concern Mr. Edelman's alleged evasion of tax on income generated from a company Mina/Red Star.  I think that -- is it Mina or Mina?

MR. CLARKE:  Mina.

THE COURT:  Mr. Edelman has pled guilty to tax evasion for the years 2006 through 2012.  As part of his plea, Mr. Edelman admitted that 50 percent of Mina/Red Star's dividend distributions from 2006 to 2012 were his income.

The parties do not dispute that the total tax loss attributable to Mr. Edelman's offense will include the tax loss stemming from Mr. Edelman's failure to pay taxes on his Mina/Red Star income from 2006 to 2012.

Mr. Edelman, however, maintains his innocence as to tax evasion charges for the years 2013 through 2020.  According to Mr. Edelman, he did not owe any tax on Mina/Red Star's profit distributions or the profit from its sale because he transferred his ownership stake in Mina/Red Star to a trust, the Galactea Trust in 2013.  Mr. Edelman therefore argues that the total tax loss attributable to his offense should not include any loss stemming from unpaid taxes on Mina/Red Star's profit distributions between 2013 and 2020 and its ultimate sale in 2020.

Now, the government asserts that the Galactea Trust lacked economic substance because it did not change Mr. Edelman's economic relationships with Mina/Red Star and the

income it generated.

The government therefore argues the Court should disregard the Galactea Trust as a sham and find that Mr. Edelman's failure to pay taxes on the income generated from Mina/Red Star between 2013 and 2020 is conduct relevant to his failure to pay taxes on the income generated from Mina/Red Star between 2006 and 2012.

Accordingly, the government's position is that the total tax loss attributable to Mr. Edelman's offense is the tax loss attributable to the years 2006 to 2020.

So I'm trying to set out the issues.  If you disagree with what I have said, let me know.

So I'm going to hear from the government.  I do have a few questions.  And, frankly, I will just throw the questions out first.  And you don't have to answer them in that particular order.  But somewhere in your response, if you would answer, I'd very much appreciate it.  So for the government, my question is, what is the source of the information found in the spreadsheet of Government's Exhibits 21 -- excuse me -- 25-1?  And the second question is, was the Sunage Foundation a trust or something different?  So somewhere along the line, if you would answer those questions, I would appreciate it.

MR. SPIRO:  Yes, Your Honor, I can just start with those.  So the source of the information in 25-1 -- and I think we can just pull it up so we are looking at it.

THE COURT:  Okay.

MR. SPIRO:  So this is a summary spreadsheet, Your Honor, that the government and IRS Criminal Investigation put together.  It summarizes every dividend payment that was made to Mr. Edelman from 2006 through the final payment for the sale in 2020.  And basically this summarizes banking records both from the correspondent banks that saw the wires as well as where we had it, the banks that sent the money and records from the banks that received the money.

I mean, there is not that much more to it.  It's a summary of banking records from various different banks involved in each of these wire transfers.  And I believe this information, at least some of it, was also corroborated from records from the company, Mina/Red Star itself.  So that is the source of this information, Your Honor.  It's a summary and we thought a summary would be more helpful than providing hundreds of pages of bank records.

THE COURT:  The summary was fine.  It just wasn't clear to me where you got the information.

If I could just ask quick, does the defense have any dispute about it being accurate from the records, as a summary not taking anything else from it?

MR. CLARKE:  No.  No, Your Honor.  Our only objection in one of our filings was just that it doesn't say, who owns it.  It just obviously says where the money --

THE COURT:  Okay.

MR. CLARKE:  We are not doubting the summary is accurate based on that information.

THE COURT:  That was my understanding, but I wanted to make sure since it wasn't clear to me exactly what the source of the information was.

Okay.  Go ahead.

MR. SPIRO:  To your second question, Your Honor, Sunage was an -- this is to my understanding, Your Honor. Sunage was an entity called a foundation which was a type of entity that was available in Panama.  And I think Mr. Clarke would probably know a bit more about this, but I think it's very similar to a trust, but that particular legal entity in Panama is called a foundation.  But my understanding is that --

THE COURT:  So it is your view that the foundation is the equivalent in Panama of a trust?

MR. SPIRO:  I think so, Your Honor.  There may be some technicalities, but in terms of -- it's a type of entity where it's managed professionally where there are named beneficiaries, in that sense, yes.  And the Sunage Foundation was set up in Panama.  The purported beneficiaries were Delphine Le Dain and I think her children may have been later added, her children with Mr. Edelman.  But as Mr. Edelman has admitted to, that foundation was used as a sham to hide his income that he earned for the periods where he has pled guilty.

And it was used to sell the story that it was actually his wife's income and his wife's assets and not his.  And part of the government's broader point here, Your Honor, is what he did after 2013 was merely a continuation of the testimony.  And it was a -- the only thing that changed is he switched countries and he switched the name of the entity.

But for everything else, Your Honor, his MO, his modus operandi, his way of operating, barely changed.  He kept running Mina/Red Star.  He kept deciding with Mr. Bek on what distributions to make and when.  He kept investing the money as he saw fit based on his own personal relations, frequently in investments which he had made in the Sunage days, which he just kept investing in, in the -- after 2013 under the guise of the new trust.  Mr. Edelman after 2013, as he did before 2013, kept lying to his attorneys.  He kept lying to various arms of the US government about the history of the business and his role. He kept up his efforts to minimize his involvement and he kept trying to avoid banks that asked too many questions.  He did that in 2008 when he switched from Swiss banks to Singaporean banks.  And he did that throughout the 2013 through 2020 period, as he encountered banks that asked him more questions about where this money was coming from.

The only difference is instead of using a Panamanian foundation where his wife was the beneficiary on paper, which he admitted to, that was used to hide his income and evade

taxes, from 2013 onwards he started using a British Virgin Islands trust where again his wife was the beneficiary on paper.  But nothing else changed.  He kept using foreign structures to hide his income and to pretend that they were his foreign wife's, all while he kept earning money.  He kept not paying taxes on the vast majority of his income and he kept lying to the government and his attorneys.

And so, Your Honor, the government's presentation here I think could be pretty brief because we agree that the Court's preliminary findings are supported by the facts in this case.  And they are supported by the transcripts and the record and the evidence that Your Honor I think from your memorandum on Monday is clearly familiar with.  Just to emphasize another point, Your Honor, Mr. Edelman knew what he was doing when he was doing this.  I want to rebut the point that he was in any way acting in good faith from the 2013 to 2020 period.

And Your Honor knows he wasn't acting in good faith. He didn't think that what he was doing was legal when it came to not paying his taxes, because why else would he keep lying to his attorneys, lying to his tax preparers, lying to his accountants?  Why else would he keep lying to the government, both the Department of Justice and the IRS which he has pled guilty to in 2016 and 2018?  He even lied to the attorneys who created this trust structure in 2013.  He told them a false story about who owned the company from the beginning.  And it's

hard to see how he possibly could have believed that what he was doing was legal when he is lying to so many people about the key facts repeatedly. And similarly the evidence shows how much effort Mr. Edelman took to hide his involvement in the business which there would be no reason to do if he thought he was a good faith adviser not actually earning any income.

He said in his own words in the recording, this is Exhibit 25-8, "I spend my -- all my time trying to make sure my name isn't in anything." And he adds, "I funded it 100 percent. I have invested all of the money." That is what he is saying to his co-conspirators, Your Honor, just not to his attorneys, advisers and the government.

It's a smaller point, but Your Honor can look through all of these exhibits at all of the various emails that Mr. Edelman used to try and do business after 2013. He is calling himself Raul Duke, Global Spec. There is all of these strange email accounts that are constantly changing, that's someone who is trying to hide what he is doing and doesn't want to be involved. And if he thinks that everything is above board and kosher, then there is no reason to hide his involvement.

You know, another example, Your Honor, is in the difference between what he says to his co-conspirators and what he says to the government and the people who are preparing his tax returns is Exhibit 25-14 I think is an important one. That

is an email between him and a co-conspirator, Thomas Ehr, in October 2012, which was months before he claims to have in good faith transferred assets worth hundreds of millions of dollars to his wife.  And he says, if you scroll down a little bit here -- it's an example of one of those emails, GlobalSpec1@yahoo.com.  And he says -- again, this is months before he purportedly transferred an enormously valuable business to the trust for the benefit of his wife.  He says, "A man is wise to deal with his finances in his own way with talking to women.  Delphine really never had a clue about what I earned or didn't and even sometimes what I did.  I always felt it better that way, but then that just my way, she just has to abide."

Your Honor, what he is saying in private is exactly what he did, which is, this was a sham.  He created these trusts.  He put them in his wife's name.  Nothing else about how he operated or did business or continued lying to the government or his attorneys changed.  The only thing that changed was the name of the entity.

And so, Your Honor, I anticipate that the defense is going to say, well, yes, there was this real trustee.  There was somebody named Len O'Brien who was paid to be the trustee.  To that, I'd say we again agree with the Court's preliminary findings that the exhibits and testimony show that time and again, it was Edelman who made the investment decisions based

on his own personal connections and wishes.  Edelman managed the team of individuals who dealt with his investments, most of who were his co-conspirators.  And the trustee was not an independent person who was involved in anything more than being made aware and occasionally authorizing some payments.

I mean Graham Collett who has testified in a Rule 15 deposition, and the Court has a copy of the transcripts. Mr. Collett said under oath while the trustee was made aware of some transactions, he couldn't recall a single instance between 2013 and 2020 when Edelman wanted to make a decision and the trustee said no.  That was on the second day of his testimony on page 123.

And Collett also said he could only recall one time during that period when Le Dain was even consulted.  So, Your Honor, to the extent a trustee did exist, that trustee was part of the sham.  That trustee didn't make any independent decisions.  They were not part of the decision-making process. They never said no to anything.

And it's notable, Your Honor, that in their evidence that the defense cited of O'Brien and Le Dain acting like it's a real trust, all of that evidence comes from 2019 and 2020. There is very little evidence from 2013 through 2018, a five- to six-year period where a huge amount of dividends were paid and money was invested and alleged squandered through the trusts.  And the reason for that, Your Honor, is because 2019

is when banks started asking difficult questions about the trust structure.

And Erkin Bek said that the charade needed to end because it was hurting the business and they were at risk of lose their financing relationships that they needed so bad.  It was in 2019 that Edelman and his co-conspirators and his trustee had to start pretending -- at least they realized they needed to start pretending that the trust was in some extent real.  So that's why you see communications from 2019 and 2020. But those communications themselves, if you look at them closely, show how uninvolved Le Dain and the trustee were prior to when they started.

I mean, if you look at Defense Exhibit 25, Your Honor, how is is not until June 2019 that Delphine Le Dain reached out to the trustee Len O'Brien and asked him how a trust works?  And you look at that exhibit, she is introducing herself at the start of the message.  And it's a small thing but it's noteworthy that he has her in his phone contacts as Delphone Le Dain.  That is somebody who he is purportedly a trustee for a trust that has earned hundreds of millions of dollars.  It's just a sham, Your Honor.

And it's notable as well that even with them starting to communicate like the trust was real in late 2019, it was still Edelman who proposed the sale to Bek.  It was still Edelman who negotiated the terms, decided on the price, along

with Bek, negotiated and actually signed the deal as guarantor. That is at Exhibits 25-10 and 25-12, for example, examples of Edelman and Bek negotiating with each other.  So even after some of them start communicating as if the trust was a real thing and not a sham, at the end of the day, it's still Edelman who is actually making the decisions and doing the important work and selling his half of the business as its co-owner.

I'd add, Your Honor, just a small final point, which is:  The Court pointed out in its opinion, there was no respect for the trusts or no sense in which Edelman or his co-conspirators were bound by any of the restriction of the trust.  I have talked about how his MO didn't change, how he kept using foreign entities to hide his income.  He made the decisions himself, his relationship to the assets didn't change at all.  He kept lying.

And I think, Your Honor, the sheer number of trusts created to house various of Edelman's investments show how unseriously he treated the law of trust.  There were -- I have lost count of exactly how many trusts there were to hold these different investments.  You look at the actual investments themselves in Mr. Collett's testimony about each of those investments, time and again it's a story of Mr. Collett explaining what the investment is.  He is asked, who made the decision to make that?  It's Doug Edelman.  Who made the decision to authorize those payments?  It's Doug Edelman.  Who

negotiated it?  It's Doug Edelman.  And then magically it's under some new trust called Atlas or Taruki or a number of other names that for all intents and purposes, it's hard to see how these trusts were at all differentiated, other than just entities created to help hide the ownership and structure and ultimate cause behind these various investments.

You know, I'd add, for example, that you look at even some of the Defense Exhibits, Defense Exhibit 19 shows a group text with Edelman, O'Brien and others about an investment decision that Edelman made to invest millions of dollars in a satellite technology company.  And in that exhibit, Edelman is texting.  He is texting the group and says, go ahead with the investment.  And it's someone from the company who has to remind him that for a paper trail, they need something from the trustee.  That's just one example of how unseriously Edelman is treating the trust.

And, again, if you look at the exact same investment, the one in that satellite company, it's called Isotropic.  And you look at his emails with co-conspirator Robert Dooner, Exhibit 25-6, what Edelman says is, we are going to invest -- I'm summarizing -- he says we are going to invest.  He says, board seat is you, shareholder will be an entity, et cetera, and end up in an easy KYC trust.  And KYC is know your customer.  And, again, that is Exhibit 25-6.  And I think the final thing, Your Honor, is there was some discussion in the

defense briefs about the record from Mr. Collett and what exactly he said. We disagree with all of those that the government did not mislead the Court on the record. The citations were accurate. And the Court can read the transcript and see that pretty clearly. I think there is a couple of small clips from the testimony that may be worth seeing, just so the Court can get a sense of Mr. Collett and his testimony and kind of the person behind those words. So we just want to play two small clips on relevant issues.

THE COURT: Okay.

MR. SPIRO: The first one here -- both of those are from February 4th, the second day. The first one is from page 120 of the transcript and the second is from page 123.

I think we have to unmute the computer.

(Video played.)

THE COURT: Can you go back to the question?

(Video played.)

MR. SPIRO: So just to be clear, on Mr. Collett's testimony, Your Honor, he is saying the trustee, the extent of the trustee's involvement was, he was made aware of the decisions that were made. He was needed to authorize some payments from some of the bank accounts, but that doesn't make this trust structure not a sham, Your Honor. There was no independent trustee. He wasn't involved in the decision making. The relationship between Edelman and Mina/Red Star and

his ownership in Mina/Red Star did not materially change after 2013. His relationship to the income generated by Mina/Red Star did not materially change after 2013. He continued to operate the company with Erkin Bek. He continued to decide how to spend the money. The investments in the assets themselves, the relationship did not change with the introduction of a trust and a trustee in 2013. No economic interest actually passed to Le Dain or the other beneficiaries. And part of the support for that is Edelman is running the business as detailed by Collett at length. And part of the support for that is frankly in the Defense Exhibits of Le Dain starting to ask questions in 2019 years and years after all of this money had purportedly been put into a trust for her benefit and put in investments that mostly lost all of that money to purportedly her detriment.

The economic interest remained with Edelman. He did with the money what he wanted. And as we talked about, Edelman did not feel bound by the restrictions imposed by the Galactea Trust or any of the other number of trusts that he creates as a part of this structure. He didn't feel bound by the restrictions of the law of trust. And he knew what he was doing. He knew all of this money was his income coming from Mina/Red Star. And he simply kept doing what he had been doing before and evaded taxes on that income. So, Your Honor, we agree with your preliminary findings. We are available, of

course, if there is any additional questions.  If Your Honor wants the entire video of Mr. Collett's testimony, it is available.  We could send a thumb drive to the Court.  We didn't do so initially because it was many hours of testimony, but we are available if you have any questions.

THE COURT:  All right.  I don't think at this point I have anything else.

I'll make a decision at the end as to whether I need anymore in terms of the video.

MR. SPIRO:  Thank you.

THE COURT:  All right.  Let me take a quick break.  I have material I need to bring out and then I will hear from the defense.

MR. CLARKE:  Thank you, Your Honor.

(Recess taken at 11:12 a.m.)

THE COURT:  All right.  I'm ready to resume and hear from the defense.

I thought it would be helpful to set out at least my initial thoughts from the pleadings and looking at the evidence so you wouldn't be arguing in a vacuum, if you would have some sense of what I was interested in.  I have eliminated, but I have not eliminated from consideration the issue of whether he was an organizer, leader.  The sentencing guideline things I put -- they're in part of the argument, but I wasn't going to -- I am more concerned about the tax loss issue.  And I will

put something out in writing before the sentencing on the others.  But you have raised some other issues and I have eliminated them from this discussion.  So let me --

MR. CLARKE:  Of course.

THE COURT:  I have a few things that I want you to address at some point.  You don't have to do them up front.  I wanted to pin down your position on when Mr. Edelman purportedly ceased to have an interest in Mina/Red Star.  The response brief at 3 you state that Mr. Edelman contributed Mina/Red Star "to his wife's trust."  Does that mean the Galactea Trust or Galactea Trust?

MR. CLARKE:  It does, Your Honor.

THE COURT:  Okay.  Then why did the -- you know, know your customer, KYC, documents that were provided to Mr. O'Brien and the firm creating the Galactea Trust state that Ms. Le Dain was already the co-owner, Defense Exhibit 15 and through 17?

MR. CLARKE:  Because he had been lying about that before.  So he lied about owning it prior to 2013.  And so when he gave it to O'Brien, when he actually finally totally transferred it, he would have had to say, oh, up until this point in time, I owned it.  And he continued that lie.  So we agree with the government, that prior to 2013, he was lying about owning it.  Okay.  And we'll talk a little bit about this.  That's one of the things that you see in 2015 when he tries to come clean and does the voluntary disclosure.  He has

got two years where the trust is owning the assets.  And he has got a bunch of years where the trust isn't owning the assets.  And he continued to lie about it.  So we agree that he lied to Mr. O'Brien about whether he owned it.  And that is why the KYC documentation says his wife owned it.  But legally he transferred it when that trust was formed and that's what we are going to talk about today.

THE COURT:  Okay.  You also argue that Mr. Edelman was acting as if he was a board member.  Did Mina/Red Star -- were there other board members or similar personnel that gave comparable advice?

MR. CLARKE:  I think there is a lot of people, Your Honor.  You see Steve Busher (ph) doing that.  You see Bob Dooner doing that.  There is a lot of people -- I guess one thing to think about, you have got this operating business that is selling fuel to the US military and in Afghanistan and Kyrgyzstan.  You have got a trustee who is an Irish guy running a Swiss trustee who doesn't know anything about that.  He doesn't know anything about that.  Okay.  He doesn't know whether they are selling the fuel for the right price.  He didn't know anything about defense contracting.  He doesn't know anything about anything except for being a trustee at that level.  So, of course, he is going to rely on experts.  He is going to rely on Mr. Edelman.  He is going to rely on Bob Dooner.  He is going to rely on Zack Friedman.  He is going to

rely on all of these people who are actually running that operating business.  That is not a surprise.  If I own, you know, Palantir stock, I'm not calling up the people at Palantir and telling them what to do.  They know what to do.  They are experts.  And so relying on experts doesn't mean you own it.  And you actually say that with Mr. Machell's -- the trust opinion.  He says, there is nothing inherently wrong in a trustee soliciting views from whoever it thinks can provide information or an opinion relevant to a decision.  So he was doing that with respect to Mr. Edelman and Mr. Dooner and sometimes Tom Ehr.  He was soliciting these people's views on investments and other things.

THE COURT:  Okay.  My last question:  The government states that Mina/Red Star directed approximately 32 million in dividends to Sunage Foundation from 2013 to 2014, despite the Galactea Trust having already been created.  Can you explain this?

MR. CLARKE:  There was a period of time where Sunage was still receiving the funds.  Okay.  Galactea had been formed.  And Galactea was -- the assets were supposed to be transferred to Galactea.  And they messed around with the bank accounts and continued to send money out to Sunage prior to that period of time.  The legal ownership changed.  And we can brief this further if you want.  The legal ownership changed when Mina/Red Star were actually transferred into the Galactea

Trust.  And that's the point in time where he no longer owns it.  Prior to that actual legal change, he owned it.  He controlled it.  And the Sunage Foundation -- just to go to your question to my colleague -- the Sunage Foundation was a Panama foundation.  A Panama foundation can be treated as a trust or a business entity in the US.  There is a bunch of rulings as to how that works and what characteristics you have to have.  But there was no trustee -- no independent trustee.  That independent trustee didn't know anything that was going on.  Mr. Edelman never even met with them.  Ms. Le Dain never met with them.  That trust is a sham.  That Panama foundation is a sham.  This, as we are going to talk through today, does not look like a sham.  It certainly doesn't look like any of the cases that the government has raised.

THE COURT:  All right.  Let me let you go ahead and make whatever argument you have.

MR. CLARKE:  Okay.  So I think we talked about Panama a little bit already.  If you want more detail on Panama, we can brief that.  We didn't think it's all that useful to say, well, prior to this point in time, he was in a sham entity and now he is in a real entity and what those differences are.  We thought it made more sense to talk about the real entity and what it is.

THE COURT:  Okay.

MR. CLARKE:  So I guess one thing to say at the

outset is trust law and other structural law only matters in times of crisis.  If you think about bankruptcy, if you think about a note that two people have between them, when does it matter what that note says?  When does it matter when the corporate structure is respected or not respected?  It matters in a time of crisis.  Nobody cares about it when coffers are flush with cash and everybody is doing what they want to do.  Okay.  And I think you'll see that as you go through.

When did Mr. O'Brien start to exercise control?  He started exercising control when there was a problem.  And that's not surprising.  That's normal.  Human nature is such that you don't think hard about things unless you have to think hard about things.  But let's talk about -- let's talk about Mina/Red Star specifically.

Defense Exhibit 21 at 1, if we can.  So this is at the end of 2013.  This is Len and Zack Friedman.  Zack is the chief financial officer of Mina Group.  So Len has just been to Dubai.  He has toured the facility.  He has talked to the people that are running that business.  Okay.  He is not ignoring the business.  He is not, you know, just some paper trustee not doing anything, not traveling around, not understanding it.  Now, the government is like, well, he didn't do anything.  What is he going to do?  As I said before, this is a business selling fuel to the US military in Afghanistan.  He doesn't know anything about that.  His job is to make sure

the corporate structure is correct, that things are generally followed.  He is not trying to run an operating business.  And one shouldn't look to see if Mr. O'Brien is running an operating business.  That is not what his role is.  And it doesn't mean that the trust up here is a sham if he isn't managing day-to-day operations at an entity that it owned.  At one point in time, the trust owned Palantir stock.  The fact that he isn't telling Palantir what to do doesn't mean that's not real.  So I think we always have to focus on what level we are talking about when we are looking at these things.

If you go to Defense Exhibit 23 at 1 -- and my colleague talked a little bit about this, but I want to sort of walk you through it.  If you go to the bottom -- so this is -- Isotropic is a satellite investment.  Okay.  It is actually called All Space today.  It's sort of like a military version of Starlink.  It exists today.  You can Google it.  It's an actual business.  So Isotropic was brought to the trust by Bob Dooner.  Bob Dooner is a satellite communications guy.  So Douglas Edelman, okay, gives -- you know, they are talking about, should we make this investment in Isotropic?  And you see, you know, this text chain.  Doug, you have actually given us approval based on being good to sign, but we want an email from Graham or Leonard so we are in the clear in a proper paper trail.

And the government says because it says paper trail,

it means it is rubber stamping.  They are following the trust.  If Len O'Brien at this point in time had said, no, the investment wouldn't have been made.  Len O'Brien was -- it wasn't like he was being ignored.  He was on the chain.  They are asking him, send me an email.  He then sends a text back and the guy says again, send me an email, a text is not good enough from a paper trail perspective.  So there is real things happening from who is approving what.

So, again, is there something wrong with this?  We look to Mr. Machell talking about what trust law requires.  And he says there is nothing inherently wrong with that.  We already had -- and I'm not going to revisit it because my colleague already played it for you.  As to the actual investments, the government's key witness admits, the trustee, Mr. O'Brien, made those key investments.  He had control over the cash cow.  He had control over Mina/Red Star.  That was in an entity called Rosbelt.  You will see that name Rosbelt actually held Mina/Red Star.  He is the one writing checks.  He is the one with the control.  If he wants to say no, he can say no.

Now, you say well, Mr. Clarke, why didn't he say no at some point in time?  Well, prior to 2019, everybody was living high on the hog, Your Honor.  There was plenty of cash.  There was plenty of cash for Mr. Edelman to put money -- say, I think the trust should invest here.  For Mr. Dooner to say, I

think the trust should invest here for whoever.  And Mr. O'Brien was the person who signed off on all of this.  He said, yes, this is okay; yes, this is okay; yes, this is okay.  But he had no pressure to say, oh, my goodness, we have got cash flow problems; oh, I have got a problem with my fiduciary duties as to my beneficiary, Ms. Le Dain.  And he didn't have that problem until he got to 2019.  So let's step aside and say, look at Ms. Le Dain's side; right?  Does she have any concerns?  She has got multiple houses.  She has got children in great schools.  They are traveling the world.  She doesn't have a care in the world.  She doesn't need to put any pressure on her trustee to take care of her interests or to protect her, to make sure that she is being protected.  She doesn't have to worry about that.

Now, the government says, well, Ms. Le Dain -- you know, this sort of all happened in 2019.  The crisis happened in 2019, that is correct.  But I point you to Exhibit 25 at page 4.  And my colleague talked a little bit about this.  He is like why didn't it happen until 2020 that she got involved?  If you actually look at what she is saying in these WhatsApp discussions she says, "I would like to have a meeting with you soon.  You often mentioned it was important to meet in the last few years."  She is saying that to Len.  Len has been trying to talk to her.  He has been trying to connect to her -- Mr. O'Brien, I'm sorry.  He has been trying to connect to her.

Why didn't she connect to him?  Because she didn't need to.
Again, she had the cash she wanted to.  She was living the life
she wanted.  She didn't need to worry about it.  She only
needed to worry about it then when things started to happen.

And, again, I go back to my premise.  We understand
legal restrictions in times of crisis.  We don't understand
them as things are just running along.  We understand them when
your main business partner is going to take your cash cow away.
We understand them when you get indicted and are facing 15
years in prison.  That is when we understand legal
restrictions.  So let's look at what happened in those times I
think more than anything else.

If we go to Exhibit 25 at 11, at the bottom of the
page, you know, this is Len talking to Delphine.  "I have made
it clear that I do not believe that Doug should fall into the
trap of allowing Erkin" -- that's the business partner -- "to
drag him into this."

Can you highlight that part?

"Erkin should simply address his partner, effectively
the trust, to try and find a sensible way forward."

Okay.  So he is -- this is Mr. O'Brien.  He is
asserting, I am the person that Mr. Bek needs to speak about.
He is talking to his beneficiary about what should happen.
Okay.  And it's because there is a time of crisis.  They need
to do that.  They need to talk about that.  Similarly, you go

to the next page, the bottom of the next page.  She is asking -- again, Ms. Le Dain is asking Mr. O'Brien.  She is saying, "Douglas wants me to sign this.  I'm not sure it's in my interest.  What does this mean for me and the girls?"

And he says back to her, "In any case" -- this is the second paragraph from the bottom -- "In any case, I personally would never sign anything unless I knew clearly what I was signing.  If I was in doubt, I would seek specific guidance."

And, Your Honor, I am not cherry picking this.  If you want to read through this, you would see this whole thing -- you would see her start to panic more and more over the years as to what was going on and him try to give her advice that a trustee would give.  He is trying to introduce her to lawyers.  He is trying to help her through these processes.  He is acting like her trustee because it's a time of crisis.

So if we go to page 16, again same exhibit, kind of in the middle of the page, large paragraph.

Are we on 16?  Thanks.

"Please also understand that we are not giving Douglas anything.  He is not a beneficiary."  Okay.  Again, this is the trustee talking to his actual beneficiary, Ms. Le Dain.

Similarly, same exhibit, page 18, the middle of the page.  "My gut tells me that Erkin will need to huff and puff a

little more" -- goes on, next sentence -- "which is fine, as long as the trust's economic interests are protected as much as possible." He is not looking out for the trust's economic interest? He says he is looking out for the trust's economic interest. He is telling his beneficiary he is looking out for the trust's economic interests.

Same thing at the bottom of the page, if you go to the very -- the second-to-last exchange, do the terms seem fair -- this is Delphine asking him, "Do the terms seem fair to me or am I and the girls losing" -- spelled incorrectly -- "most of the initial wealth?" You go to the next page, they go back and forth, but you see at the -- about a third of the way down, I can ask the lawyers also some questions --

Go back up would you a little bit, yeah.

A little bit further up. There you go.

Right in the middle of the page right there, Your Honor. "I can ask the lawyers also some questions but I need your opinion as my trustee." She is saying she is -- he is her trustee. She is asking for her opinion [sic]. And then you say, well, did he give it to her? So Exhibit 25 at 32, they are talking in context about a $24 million mortgage on this house in London. That is what they are talking about for context. If you go to that about a third of the way up, you see where it says Delphone Le Dain, "Len, unless you consider this to be in your best interest, we will not proceed."

So not only is he giving her advice, he is saying, if you tell me we are not doing this, we are not doing it. That is him exercising control again in a crisis situation.

Now, about my client and Mr. O'Brien -- if you go to Exhibit 24 at 6.

Is that page 6? Go to page 6, please.

He is talking about, there is a discussion with the Geneva lawyers. They need to get back to ING, which is one of the banks that was doing trade finance for Mina/Red Star. And they were one of the ones that were sort of saying there is a problem here. I'm sorry for being a bit curt, but on call, I did make it clear I have opinions, but it's yours and Graham's call and decision on all of these matters, et cetera, and not me at all.

Okay. This is his private conversation with Len, okay. He is not saying this to the public. He is talking to Len and saying, look, I told them what I thought, but I told them you needed to be one that made the decision, again, in a crisis situation.

So when all of this works itself out, what happens? It all works itself out. The income producing assets that are the source of the dispute, Mina/Red Star, are sold. Okay. Now, what sold them? What entity sold them? Their star witness, Mr. Collett, if you go to -- and I'm not going to play. You can do that if you want to, but I'll just go to the

transcript.  This is day 4 and it's page 54 of the transcript. It is line 17 to 19, so while we are at the point of the sale of a business, you testified -- this is me asking him, "You testified previously that the trust sold the Mina/Red Star business; correct?"

"That's correct."

Next line, "In order to sell something, you have to own it; right?"

"Yes.  The trust owned it.  The trust sold it."

Now, let's also talk about what else Mr. Collett did. If you go to 51, same transcript, same day.  We are talking about payments, payments that he made.  My colleague referred a little bit to this -- payments that he made.  And I asked the question, "On those payments did you summarize those for the trustee?"

"Yes.  They were all included in detailed reports month by month, year by year."

Mr. Collett is telling the trustee what is happening.

Then I asked him, "You were the protector of the trust; correct?"

"Yes."

"Explain to me what you believe that meant?  What were you supposed to be doing relative to the trust?"

He says, "Overseeing what was done by the trustee, raising and working with the trustee and making sure that the

monies in and out of the trustee were" -- you have got to go to the next page -- "being properly accounted for. Yes, that was basically the role."

So their star witness is saying the trust existed. The trust owned that Mina/Red Star asset, the asset that matters. All of the rest of the stuff didn't make any money. The trust owned it and the trust sold it. And his accounting and working making payments and all of that stuff was reported to the trust.

Now, notice the dates of all of these discussions, Your Honor, they are all prior to November 5th, 2020. What is November 5th, 2020? That's the day the raid happens. So the government can't say, well, they knew there was criminal activity, they knew there was a raid. Nobody knew there was a raid. All of this was happening before there was any raid. Okay. It's happening because there is a business crisis and people are trying to deal with that business crisis.

So this is again what happens when it matters. And if the government wants to dispute this, okay, our view is put Mr. O'Brien on the stand and ask him, was it a sham? All of this stuff that you did, was it a sham? He is a professional trustee. Your Honor, he is not going to say it's a sham, but let them ask that question. Now what he might say is, I was kind of lazy up until 2019. Things were good. I didn't really have to work very hard because cash kept coming in and I didn't

really focus on it.  But he is not going to say it was a sham.

Now let's talk about today, Your Honor.  Today, I am not being paid.  My client is facing 15 years in prison and I am not being paid.  Why am I not being paid?  Because he doesn't have any money.

Let's look at Defense Exhibit 4.  Dear sirs -- that is actually to me, but they said, dear sirs.  "We the undersigned say the following:  Douglas Edelman is not a beneficiary of the trust.  We do not owe Mr. Edelman any obligations nor is he given access to the trust assets.  We confirm that no funds would be available to him at any time from the trusts."

And this is his income.  And his wife doesn't have an economic interest in that, who does, the trustee?  I mean, it is certainly not his.  Again, I am not getting paid.  And they are saying they are not going to give me a dime.  And I think, Your Honor, just sort of thinking about this, what happens if this wife divorces him?  He is pot-less.  He doesn't have two pennies to rub together.  He has nothing.  All of this legally is owned by the trust.

So I want to talk a little bit about the case law and the first thing I want to say about the case law, Your Honor, there is not a single criminal case in these sham trusts cases, not a single one.  And I think that should worry everybody.  Because they have to prove not only that he failed to pay tax

but that failure to pay tax was willful.  They have to prove that he knew that this trust was enough of a sham that he still owed the money on it, willfulness.  It is only a preponderance, but it is still willfulness.  That is cheap, but that is important.  All of their cases except for two -- and I have been real careful with this and we can debate the cases if you want, Your Honor.  All of their cases except for two involve really factual sham situations, *Zmuda,* okay, wife's brother was the creator of the trust.  He had the power to appoint the first trustee who could appoint a second trustee.  They could transfer the property to anybody that they desired.  There is no independent trustee.  You can't have a trust if you don't at least have an independent trustee.  You can't have a trust if you don't actually transfer the property.  Those two things are core.

Okay.  *Aldridge*.  In *Aldridge*, they were told -- the people were told that their income would be taxable even in the trust.  They were told that.  They still didn't file tax returns properly reporting it.  Factual sham.

*Commissioner versus Tower* is actually a partnership case, not trust case, but the husband purported to form a partnership with his wife who wasn't in business with him.  Okay.  There is no -- and they were relying on the formation of the partnership for business purposes to give it substance.  Okay.  It's not like a trust situation.  They needed to do that

under a case called *Culbertson*.  And, again, the Supreme Court says there was no purpose of carrying on a business enterprise. That is a factual sham.  In *Helvering versus Clifford*, the Supreme Court says the husband never transferred the securities.  He never parted with the control over the securities.  That is their conclusion.  That's the Supreme Court's conclusion.

*Markosian*, they -- originally, they had trustees, but then very shortly thereafter, they, themselves, became the trustees.  Factual sham.

*Richardson*, the taxpayer was the executive trustee and his wife was the executive secretary of the trust.  Again, that's not a trust.  You haven't separated it.

*Wiederrecht*, no evidence that the assets were actually contributed to the trust.

There is only two of the cases that kind of look like they have an independent trustee.  One is *Paulson*.  In that case, this is -- this is the best -- the trustee is asked and they say they have never heard of the trusts.  So you have an independent trustee who the person is saying the trustee and the trustee is saying, I don't even know what these people are talking about.  Okay.

That's *Paulson*.  In *Full Circle Staffing*, which I think maybe you brought up, Your Honor, in your ruling, they had an independent trustee.  This is the closest case.  They

had an independent trustee, they said did not -- this is quotes -- "Did not participate in any business activities or management or operations, did not have signature authority over any bank accounts." We know that's not true. And did not, quote, take part in decision making for the business. And, again, we just walked through all of this stuff that he is doing. And core -- and I think I would focus on this, Your Honor, the government conceded the fraud penalty in that case. The government conceded the fraud penalty in that case.

So are we really in a criminal situation even then? Maybe he is taxable from a civil perspective? Is he criminally liable for this?

So let's compare to our case. O'Brien is a professional trustee, everyone agrees with that. You can Google him. He is a professional trustee. He met with people running the trust business. We see that. He was a signatory on the bank accounts. Their lead witness says that. He worked closely with the protector. Their lead witness says that. While he was the trustee, the trust sold the business that has the income.

Since 2024, the trust has been refusing to pay me, what law makes that his income? What substance over form principles do we have to get through to say that is his income? And I would say to Your Honor -- and I really would ask you, look at *Fortunato*. We cited *Fortunato* before. Look at that

tax court case.  Okay.  Because it's not involving trust but it is involving ownership.  So in that case, there is two Fortunatos.  Okay.  One guy, Bobby, is the guy who everybody thinks owns the business, but he doesn't.  All right.  And the IRS said, no, Bobby, you are actually the person that owns it.  Okay.  And these are some of the facts.  These are some of the government's arguments.  The government argued that Bobby Fortunato, quote, played a key role in forming the entities, so therefore he deserves to own them.  They argue that because he had, quote, carte blanche of the coffers of the business, he owned them.  That because, quote, he wouldn't have spent the rest of his life struggling to grow a business if he didn't own it; that because, quote, many of his colleagues assumed he had to be the co-owner, he actually was the co-owner.  That because of -- this strikes pretty close to home -- that because of his involvement in the sale of the business, he owned it.  And then this quote from Mr. Fortunato was remarkable, that he made a statement like, what would I do with all of the money?

And you know what the tax court found?  The tax court found he didn't own it.  He didn't own it.  He didn't own it because he had no intent to own them and he didn't legally own them.  And they looked at local law.  They looked at local law and said, does he actually own this stuff?  Had he actually desired to own it and did he in fact own it?  What does all of that tell us?  It tells us that the law matters.  What he says

doesn't manner.  If he says he owns something, it doesn't matter.  If he says he doesn't own something, it doesn't matter.  The question is, what is the law and whether this entity, in our case this trust, owns it or doesn't own it.

And that goes to a point that the government has made tangentially, but we'll just -- let's deal with it.  There are two assets that he lied about owning that he did own that the trust didn't own.  And that is in these years I'm talking about, 13 through 20, and that is Ifone-Neda and the bar.  Okay.  He owned those.  He did own those.  He worked -- working with co-conspirators, he had the income from them attributed to the trust so that he could say that he didn't have to pay tax on it.  Okay.  Does the fact that he said that he didn't own them matter?  No.  What matters is did he legally own them.  The trust did not have those assets.  He had those assets.  The fact that he attributed the income to them doesn't change anything, either under assignment of income or general federal income tax purposes.

So that is my general presentation.  I wanted to follow up on two other points.  The sort of keep lying point, he kept lying and continued to lie, okay.  In 2015, he is faced with a decision, a decision that, as we look now, changed the course of his life.

In 2015, he was doing a voluntary disclosure to the government.  Okay.  He could have said, look, prior to 2013, I

owned this stuff.  I put it in a trust from 2013.  And after that, I didn't own it and filed tax returns according to that and fixed the Ifone-Neda thing and done all of the rest of that.  He didn't do that.  He just kept the whole lie going.  Okay.  But that doesn't mean that just because he kept the lie going really he is, in fact, owning these assets post transfer to a real trust.  It just doesn't mean that.  And it certainly doesn't mean that he has the mens rea to say that is the case, which is what is critical for here.

Again, to be relevant conduct -- I always mess this up, is it relevant conduct or related conduct.  That is a different thing.  But to be relevant conduct, it has to be criminal conduct, it can't be civil.  Okay.  So the fact he owes taxes on it again doesn't matter.

The other thing that my colleague talked a lot about, well, there is all of these other --

THE COURT:  You need to slow down because the court reporter is having problems.

MR. CLARKE:  I'm sorry.  I get in trouble for that sometimes.

The other thing that my colleague talked about, which I think is sort of a real red herring, well, there were multiple trusts for multiple businesses, Your Honor.  In structuring, lawyers always say, put it in a different entity.  Why?  In case you have a legal dispute with your business

partner, in case there is some debt in that, the debt doesn't want to get attracted to something else.  This happens every day.  This is garden variety -- I am confident that my client had nothing to do with them going into these different trusts. There is some lawyer someplace saying, we should put that in a separate trust.  We should put that in a separate entity. That's what lawyers do, try to protect and put metes and bounds around what the entities are.

So, Your Honor, I only have one other thing to --

Did you have any questions about that part?

THE COURT:  No, I understand.

MR. CLARKE:  So one other thing to raise and this is on me.  The fourth question, in your preliminary order talks about a specific number.  I am not prepared to agree or to even brief that specific number.  We said in our filings that once your ruling came out on this, we would work with the government to understand its position and probably be able to stipulate to that number, but I'm not there today.  And why am I not there today?  I'm not there today, because in 2017 the tax law changed.  Okay.  So there is a tax cut in the JOBS Act that happened at the end of 2017, going into 2018.  If you sham the trust out -- if you don't sham the trust out, we are okay.  If you sham this trust out, I have got to figure out what that means for this income, because I have got a foreign entity, which may be taxed as a corporation or may be taxed as a

partnership that spans that period.  There was a transition tax that happened during that period of time.

And the government is not doing its take the income and apply 28 percent to it.  They are actually trying to calculate the proper tax loss, which I understand and respect.  It's just I'm not prepared to talk about that.  And also, again, I'm not getting paid.  That's the last time I'll say it.  But the general counsel is not happy with me doing anything from a cost perspective, so I'm an accountant, I have to do the accounting on it.  I can't even hire an accountant at this point.  So I need some more time on that.  I apologize for that.  I didn't realize that is where we were going to be on that.

THE COURT:  All right.  Okay.

MR. CLARKE:  That's all I have got, Your Honor.

THE COURT:  All right.  Thank you.  Anything you specifically want to respond to?

MR. SPIRO:  Maybe just a few quick points, Your Honor.

THE COURT:  Okay.

MR. SPIRO:  Just very briefly, Your Honor, on the issue of the tax loss, that the IRS has considered all of these issues.  It obviously has considered the status of the corporation and implications of this 2017 new tax bill.  The IRS took that into consideration, made its estimate of the tax

loss based on the facts of this case.  This has been our number for months, if not over a year at this point.  It's been produced in discovery.  So Your Honor should have enough to decide on what the tax loss is here based on the record and evidence before you.

Obviously, we are available if you have any questions about it.  But there should be enough to decide it.  The purpose of this hearing which has been months in advance was clearly to figure out what the actual tax loss is in terms of relevant conduct.  And so we think Your Honor can go forward on that decision without further delay.

The final thing I would emphasize, Your Honor, is just well, one, the standard here -- the government has the burden, but the standard is a preponderance of the evidence. The burden still needs to be met, but it's not that high of a burden.  And the evidence and the facts here that the government has presented are, we believe enough to have proven the case at trial beyond a reasonable doubt and it's far in excess of what is needed for this preponderance standard.  And how the defense frames what happened in 2019 and how this trust operated is just simply not supported by the facts, how they talk about Mr. Edelman acting in purported good faith is just simply not supported by the record.

I mean, he keeps lying to all of these people and it doesn't make sense that it's just to cover up an earlier lie.

I mean, that's the kind of thing you can talk about with your lawyers and accountants and advisers. And we did crime fraud litigation in this case and we know exactly what he told them and he lied to them entirely.

Your Honor, he didn't report the additional income from the pub and Ifone-Neda. That is approximately $2 million of income. It's a drop in the bucket compared to what he ultimately evaded, but that alone would be serious enough to warrant its own felony case of tax evasion, not reporting a simple $2 million of income to the government. He knew what he was doing. He was not acting in good faith. You look at his own words and he says, I spend all of my time trying to keep my name off things. What good faith reason is there to do that if you think you're just acting as a legitimate adviser to some legitimate trust?

And I would ask Your Honor if you have questions about that to look at the government's exhibits again. Look at Mr. Edelman's own words and how he talks about these investments among his co-conspirators. I mean, the defense talks about different trusts being some kind of garden variety thing. Well, if you look at Government Exhibit 25-7 and 25-17, Mr. Edelman there is -- first of all, you can see he is the one who is ordering new entities to be created. He says, we need new entities and trusts for this. It's not some legal advice. It's him saying, I want this to happen. And he is advising

co-conspirator, Robert Dooner, talk to this lawyer, he knows all about entities and trusts that can evade US scrutiny.  So he is saying why he is doing it.

And, Your Honor, there was some talk about the Isotropic investment and 2020.  But, again, if you look at exhibit, I think it's 25-6, it's Edelman who says, board seat is you, it's going to be in some new trust that avoids KYC and US scrutiny.  I am paraphrasing there.  But, Your Honor, all of these trusts and investments happened because Edelman said that they were going to happen.  He knew it was not legitimate.  And the fact that in 2019 and 2020, Len O'Brien started pretending like it wasn't a sham trust, doesn't make that true.  It doesn't make that true then.  It doesn't make that true for earlier years.  I would argue what happened is banks started asking tough questions.  Erkin Bek started asking even tougher questions.  And, frankly, he knew he had been a sham trustee and he needed to kind of cover his butt and start messaging the purported beneficiary and pretending like this is a real thing.

So all of these statements he is making to them need to be taken with a pretty large grain of salt.  And the fact that the trust now is still trying to pretend like it wasn't a sham for all of these years is not evidence of anything, other than the defense wants to make the argument that the trust is not a sham.  It doesn't mean anything that it's pretending to be a real trust now because what matters is from 2013 to 2019,

these series of trusts received $150 million from Mina/Red Star.  And I guess they actually received 120 million as Your Honor pointed out, 30 or so went to Sunage even though the business was purportedly owned by a private trust.  But it's $150 million with almost no scrutiny, no oversight, no change in how things operated or anything's economic position.  And the fact that there is some emails or statements in 2019 and 2020 doesn't change that fact.

By then, the sham had already happened and the crime had already mostly been committed with the exception of the additional $40 million that Mr. Edelman earned from selling the business to Erkin Bek in 2020, where again he is the one who negotiated the sale.  And then Mr. Collett's testimony shows, he is the one who decided how to disburse that $40 million almost immediately on his prior investment decisions such as the oil logistics project in Mexico.

And so, Your Honor, it's a long way of saying, the facts in the record don't support the story that the defendant is telling.  They support a story that these trusts were a sham.  And to the extent it doesn't factually line up with some of the cases that the defense has -- and us and the Court have cited, it's because this is a factually unique way and frankly factually a much worse way.  The *Fortunato* case is about two brothers and their warehouse business in New Jersey or something.  We are talking about someone who earned hundreds of

millions of dollars in defense contracts and over the course of a 20-year conspiracy managed to lie to United States Congress, the IRS, the Department of Justice, the Department of Defense, he managed to lie to a large number of lawyers and advisors and tax preparers.  If the cases don't factually line up, it's because what Mr. Edelman did in some ways was unique in creating a sham of this magnitude and an attempt this audacious.

So, Your Honor, it's -- the record ultimately shows this simply was a sham.  The income was his and he knew what he was doing.

THE COURT:  All right.  Obviously, I am taking it under advisement and I'll get something out as fast as I can.

MR. CLARKE:  Thank you, Your Honor.

THE COURT:  If I have been going through my notes or anything, I have anything else I need to ask, I'll get back to you immediately.  But I don't think so, I think I have a full understanding.  All right.

MR. CLARKE:  Thank you, Your Honor.

THE COURT:  All right.  Take care and thank you for all of the pleadings and things.  It was very helpful.  It's not a simple case.

(Proceedings concluded at 12:03 p.m.)

C E R T I F I C A T E

I, SHERRY LINDSAY, Official Court Reporter, certify that the foregoing constitutes a true and correct transcript of the record of proceedings in the above-entitled matter.

Dated this 30th day of April, 2026.

_____
Sherry Lindsay, RPR
Official Court Reporter

**MR. CLARKE: [18]**   2/10 2/17
5/4 7/23 8/2 19/14 20/4
20/12 20/17 21/12 22/18
23/17 23/25 40/19 41/12
42/15 47/14 47/19
**MR. SPIRO: [10]**   2/7 6/23
7/2 8/8 8/17 17/11 17/18
19/10 42/18 42/21
**THE COURT: [28]**   2/9 2/13
2/18 5/5 7/1 7/18 8/1 8/4
8/15 17/10 17/16 19/6 19/11
19/16 20/5 20/13 21/8 22/13
23/15 23/24 40/17 41/11
42/14 42/16 42/20 47/12
47/15 47/20
**THE COURTROOM DEPUTY: [1]**
2/2

## $

**$150 [2]**   46/1 46/5
**$150 million [2]**   46/1 46/5
**$2 [2]**   44/6 44/10
**$2 million [2]**   44/6 44/10
**$24 [1]**   30/21
**$24 million [1]**   30/21
**$40 [2]**   46/11 46/14
**$40 million [2]**   46/11 46/14

## 1

**10 [5]**   3/22 4/1 4/6 4/8 15/2
**100 percent [1]**   11/10
**10018 [1]**   1/21
**10:41 [1]**   1/6
**11 [4]**   3/24 4/2 4/3 28/13
**11:12 [1]**   19/15
**12 [1]**   15/2
**120 [1]**   17/13
**120 million [1]**   46/2
**123 [2]**   13/12 17/13
**12:03 [1]**   47/23
**13 [1]**   39/9
**14 [1]**   11/25
**15 [4]**   13/6 20/16 28/9 34/3
**150 [1]**   1/12
**16 [2]**   29/17 29/19
**17 [3]**   20/16 32/2 44/21
**18 [2]**   3/16 29/24
**19 [3]**   3/17 16/8 32/2

## 2

**20 [1]**   39/9
**20-year [1]**   47/2
**20001 [1]**   1/25
**20002 [1]**   1/13
**20006-4078 [1]**   1/18
**2006 [8]**   3/17 4/25 5/6 5/8
5/12 6/7 6/10 7/5
**2007 [1]**   3/19
**2008 [1]**   9/19
**2012 [5]**   5/6 5/8 5/12 6/7
12/2
**2013 [25]**   5/14 5/18 5/21 6/5
9/4 9/13 9/14 9/14 9/20 10/1
10/16 10/24 11/15 13/10
13/22 18/2 18/3 18/7 20/18
20/22 22/15 24/16 39/25 40/1
45/25
**2014 [1]**   22/15

**2015 [3]**   20/24 39/21 39/24
**2016 [1]**   10/23
**2017 [3]**   41/19 41/21 42/24
**2018 [3]**   10/23 13/22 41/21
**2019 [16]**   13/21 13/25 14/6
14/9 14/14 14/23 18/12 26/22
27/7 27/16 27/17 33/24 43/20
45/11 45/25 46/7
**2020 [21]**   3/17 3/20 4/25
5/14 5/21 5/22 6/5 6/10 7/6
9/20 10/16 13/10 13/21 14/9
27/19 33/11 33/12 45/5 45/11
46/8 46/12
**2024 [2]**   3/12 37/21
**2025 [1]**   3/21
**2026 [2]**   1/5 48/10
**20579 [1]**   1/16
**21 [2]**   6/19 24/15
**23 [1]**   25/11
**239 [2]**   1/4 2/3
**24 [1]**   31/5
**24-239 [2]**   1/4 2/3
**25 [4]**   14/13 27/17 28/13
30/20
**25-1 [2]**   6/19 6/24
**25-12 [1]**   15/2
**25-17 [1]**   44/21
**25-6 [1]**   45/6
**28 percent [1]**   42/4
**29 [1]**   1/5

## 3

**30 [5]**   3/18 3/24 4/2 4/4
46/3
**30-count [1]**   3/12
**30th [1]**   48/10
**32 [1]**   30/20
**32 million [1]**   22/14
**333 [1]**   1/24

## 4

**4078 [1]**   1/18
**452 [1]**   1/21
**4th [1]**   17/12

## 5

**50 percent [1]**   5/7
**51 [1]**   32/11
**54 [1]**   32/1
**5th [2]**   33/11 33/12

## 6

**601 [1]**   1/15
**6710 [1]**   1/24

## 8

**815 [1]**   1/18

## A

**a.m [2]**   1/6 19/15
**abeyance [1]**   4/2
**abide [1]**   12/13
**able [1]**   41/17
**about [79]**
**above [2]**   11/19 48/5
**above-entitled [1]**   48/5
**accept [1]**   4/18
**access [1]**   34/10
**according [2]**   5/14 40/2
**Accordingly [1]**   6/8

**accountant [2]**   42/9 42/10
**accountants [2]**   10/21 44/2
**accounted [1]**   33/2
**accounting [2]**   33/7 42/10
**accounts [6]**   3/19 11/17
17/22 22/22 37/4 37/17
**accurate [3]**   7/21 8/3 17/4
**Act [1]**   41/20
**acting [8]**   10/16 10/17 13/20
21/9 29/15 43/22 44/11 44/14
**Action [1]**   1/3
**activities [1]**   37/2
**activity [1]**   33/14
**actual [6]**   15/20 23/2 25/17
26/13 29/22 43/9
**actually [23]**   9/1 11/6 15/1
15/6 18/7 20/19 22/1 22/6
22/25 25/14 25/21 26/18
27/20 34/7 35/14 35/20 36/15
38/5 38/14 38/23 38/23 42/4
46/2
**add [2]**   15/8 16/7
**added [1]**   8/23
**additional [3]**   19/1 44/5
46/11
**address [2]**   20/6 28/19
**adds [1]**   11/9
**admits [1]**   26/14
**admitted [3]**   5/7 8/24 9/25
**advance [1]**   43/8
**advice [4]**   21/11 29/13 31/1
44/24
**advisement [1]**   47/13
**adviser [2]**   11/6 44/14
**advisers [2]**   11/12 44/2
**advising [1]**   44/25
**advisors [1]**   47/4
**Afghanistan [2]**   21/16 24/24
**after [10]**   2/25 9/4 9/13
9/14 11/15 15/3 18/1 18/3
18/12 40/1
**afternoon [1]**   2/7
**again [27]**   10/2 12/6 12/23
12/25 15/22 16/17 16/24 26/6
26/9 28/2 28/5 29/2 29/17
29/21 31/3 31/18 33/18 34/15
36/1 36/12 37/6 40/10 40/14
42/7 44/17 45/5 46/12
**agree [6]**   10/9 12/23 18/25
20/22 21/3 41/14
**agreed [1]**   3/25
**agreement [1]**   3/23
**agrees [1]**   37/14
**ahead [3]**   8/7 16/12 23/15
**Aldridge [2]**   35/16 35/16
**all [62]**
**alleged [2]**   5/1 13/24
**allowing [1]**   28/16
**almost [2]**   46/5 46/15
**alone [1]**   44/8
**along [3]**   6/21 14/25 28/7
**already [7]**   20/16 22/16
23/18 26/12 26/13 46/9 46/10
**also [9]**   2/24 7/13 13/13
21/8 29/20 30/13 30/17 32/10
42/6
**always [4]**   12/11 25/9 40/10
40/24
**am [15]**   3/10 3/10 19/25
28/22 29/9 30/10 34/2 34/4

**A**

**am... [7]**  34/4 34/15 41/3 41/14 41/18 45/8 47/12
**AMERICA [2]**  1/3 2/3
**among [1]**  44/19
**amount [1]**  13/23
**another [2]**  10/13 11/22
**answer [3]**  6/15 6/17 6/22
**anticipate [1]**  12/20
**any [24]**  5/15 5/20 7/20 10/15 11/6 13/16 15/11 18/19 19/1 19/5 23/13 27/8 27/11 29/5 29/6 33/6 33/15 34/5 34/9 34/11 37/2 37/4 41/10 43/6
**anybody [1]**  35/11
**anymore [1]**  19/9
**anything [24]**  7/22 11/9 13/4 13/18 19/7 21/18 21/19 21/21 21/22 21/22 23/9 24/21 24/23 24/25 28/12 29/7 29/21 39/17 42/8 42/16 45/22 45/24 47/16 47/16
**anything's [1]**  46/6
**apologize [1]**  42/11
**APPEARANCES [1]**  1/10
**applicable [1]**  4/5
**apply [1]**  42/4
**appoint [2]**  35/9 35/10
**appreciate [2]**  6/17 6/22
**approach [1]**  2/5
**approval [1]**  25/22
**approving [1]**  26/8
**approximately [2]**  22/14 44/6
**April [2]**  1/5 48/10
**are [60]**
**argue [3]**  21/8 38/9 45/14
**argued [1]**  38/7
**argues [2]**  5/18 6/2
**arguing [1]**  19/20
**argument [3]**  19/24 23/16 45/23
**arguments [1]**  38/7
**arms [1]**  9/15
**around [3]**  22/21 24/21 41/8
**as [50]**
**aside [1]**  27/7
**ask [10]**  3/2 7/20 18/11 30/13 30/17 33/20 33/23 37/24 44/16 47/16
**asked [7]**  9/18 9/21 14/15 15/23 32/13 32/19 36/18
**asking [9]**  14/1 26/5 29/2 29/2 30/9 30/19 32/3 45/15 45/15
**asserting [1]**  28/22
**asserts [1]**  5/23
**asset [2]**  33/5 33/5
**assets [14]**  9/2 12/3 15/14 18/5 21/1 21/2 22/20 31/21 34/10 36/14 39/7 39/15 39/15 40/6
**assignment [1]**  39/17
**assumed [1]**  38/13
**Atlas [1]**  16/2
**attempt [1]**  47/7
**attorneys [7]**  1/14 9/15 10/7 10/20 10/23 11/12 12/18
**attracted [1]**  41/2

**attributable [8]**  4/10 4/12 4/14 4/23 5/10 5/19 6/9 6/10
**attributed [2]**  39/11 39/16
**audacious [1]**  47/8
**authority [1]**  37/3
**authorize [2]**  15/25 17/21
**authorizing [1]**  13/5
**available [6]**  8/11 18/25 19/3 19/5 34/11 43/6
**Avenue [3]**  1/18 1/21 1/24
**avoid [1]**  9/18
**avoids [1]**  45/7
**aware [3]**  13/5 13/8 17/20
**away [1]**  28/8

**B**

**back [8]**  17/16 26/5 28/5 29/5 30/12 30/14 31/8 47/16
**background [2]**  3/6 3/11
**bad [1]**  14/5
**BAKER [2]**  1/17 1/20
**bank [6]**  3/19 7/17 17/22 22/21 37/4 37/17
**banking [2]**  7/6 7/11
**bankruptcy [2]**  1/23 24/2
**banks [11]**  7/7 7/8 7/9 7/11 9/18 9/19 9/20 9/21 14/1 31/9 45/14
**bar [1]**  39/9
**barely [1]**  9/8
**base [2]**  4/5 4/9
**based [7]**  4/10 8/3 9/11 12/25 25/22 43/1 43/4
**basically [2]**  7/6 33/3
**be [35]**  4/9 7/16 8/17 10/9 11/5 11/19 12/22 16/22 17/6 17/18 19/18 19/20 22/20 23/5 30/25 31/18 32/23 34/11 35/17 38/14 40/10 40/12 40/12 40/13 41/17 41/25 41/25 42/12 43/7 43/15 44/8 44/23 45/7 45/20 45/25
**became [1]**  36/9
**because [32]**  5/16 5/24 10/9 10/19 13/25 14/4 19/4 20/17 25/25 26/12 28/1 28/24 29/15 33/16 33/25 34/4 34/25 38/1 38/9 38/11 38/13 38/14 38/15 38/21 40/5 40/17 41/19 41/24 45/9 45/25 46/22 47/6
**been [20]**  2/14 8/22 18/13 18/23 20/17 22/16 22/19 24/17 26/3 27/23 27/24 27/25 35/6 37/21 43/1 43/2 43/8 45/16 46/10 47/15
**before [12]**  1/9 3/4 9/14 12/2 12/7 18/24 20/1 20/18 24/23 33/15 37/25 43/5
**beginning [1]**  10/25
**behalf [2]**  2/8 2/11
**behind [2]**  16/6 17/8
**being [12]**  7/21 13/4 21/22 25/22 26/4 27/13 31/11 33/2 34/3 34/4 34/4 44/20
**Bek [9]**  9/9 14/3 14/24 15/1 15/3 18/4 28/22 45/15 46/12
**believe [4]**  7/12 28/15 32/22 43/17
**believed [1]**  11/1
**beneficiaries [3]**  8/20 8/21

18/8
**beneficiary [9]**  9/24 10/2 27/6 28/23 29/21 29/22 30/5 34/9 45/18
**benefit [2]**  12/8 18/13
**best [2]**  30/25 36/18
**better [1]**  12/12
**between [8]**  5/21 6/5 6/7 11/23 12/1 13/9 17/25 24/3
**beyond [1]**  43/18
**bill [1]**  42/24
**Bishop [2]**  1/19 2/11
**bit [12]**  3/6 8/12 12/4 20/23 23/18 25/12 27/18 30/14 30/15 31/11 32/13 34/21
**blanche [1]**  38/10
**board [5]**  11/20 16/22 21/9 21/10 45/6
**Bob [4]**  21/13 21/24 25/17 25/18
**Bobby [3]**  38/3 38/5 38/7
**both [4]**  2/25 7/6 10/22 17/11
**bottom [5]**  25/13 28/13 29/1 29/6 30/7
**bound [3]**  15/11 18/18 18/20
**bounds [1]**  41/7
**break [2]**  3/3 19/11
**brief [5]**  10/9 20/9 22/24 23/19 41/15
**briefly [1]**  42/21
**briefs [1]**  17/1
**bring [1]**  19/12
**British [1]**  10/1
**broader [1]**  9/3
**brother [1]**  35/8
**brothers [1]**  46/24
**brought [2]**  25/17 36/24
**bucket [1]**  44/7
**bunch [2]**  21/2 23/6
**burden [3]**  43/14 43/15 43/16
**Busher [1]**  21/13
**business [38]**  9/16 11/5 11/15 12/8 12/17 14/4 15/7 18/9 21/15 22/2 23/6 24/19 24/20 24/24 25/2 25/4 25/17 28/8 28/16 32/3 32/5 33/16 33/17 35/22 35/24 36/2 37/2 37/5 37/16 37/19 38/4 38/10 38/12 38/16 40/25 46/4 46/12 46/24
**businesses [1]**  40/23
**butt [1]**  45/17

**C**

**calculate [1]**  42/5
**calculating [2]**  4/5 4/12
**call [2]**  31/11 31/13
**called [7]**  8/10 8/14 16/2 16/18 25/15 26/17 36/1
**calling [2]**  11/16 22/3
**came [2]**  10/18 41/16
**can [25]**  6/23 6/25 11/13 17/4 17/7 17/16 22/8 22/16 22/23 23/5 23/19 24/15 25/16 26/19 28/18 30/13 30/17 31/25 35/6 37/14 43/10 44/1 44/22 45/2 47/13
**can't [5]**  33/13 35/12 35/13 40/13 42/10

**C**

care [3]  27/11 27/12 47/20
careful [1]  35/6
cares [1]  24/6
carrying [1]  36/2
carte [1]  38/10
case [28]  2/3 3/11 10/11
 29/5 29/6 34/21 34/22 34/23
 35/21 35/21 36/1 36/18 36/25
 37/8 37/9 37/13 38/1 38/2
 39/4 40/8 40/25 41/1 43/1
 43/18 44/3 44/9 46/23 47/22
cases [8]  23/14 34/23 35/5
 35/6 35/7 36/16 46/21 47/5
cash [8]  24/7 26/16 26/23
 26/24 27/5 28/2 28/8 33/25
cause [1]  16/6
ceased [1]  20/8
certainly [3]  23/13 34/15
 40/7
certify [1]  48/3
cetera [2]  16/22 31/13
chain [2]  25/21 26/4
change [10]  5/24 15/12 15/14
 18/1 18/3 18/6 23/2 39/16
 46/5 46/8
changed [9]  9/5 9/8 10/3
 12/18 12/19 22/23 22/24
 39/22 41/20
changing [1]  11/17
characteristics [1]  23/7
charade [1]  14/3
charge [3]  3/15 3/16 3/18
charged [2]  3/12 4/16
charges [4]  3/13 4/24 5/1
 5/14
cheap [1]  35/4
checks [1]  26/18
cherry [1]  29/9
chief [1]  24/17
children [3]  8/22 8/23 27/9
Circle [1]  36/23
citations [1]  17/4
cited [3]  13/20 37/25 46/22
civil [2]  37/11 40/13
claims [1]  12/2
clarified [1]  2/19
Clarke [4]  1/17 2/10 8/11
 26/21
clean [1]  20/25
clear [6]  7/19 8/5 17/18
 25/23 28/15 31/12
clearly [5]  4/16 10/13 17/5
 29/7 43/9
client [3]  31/4 34/3 41/3
Clifford [1]  36/3
clips [2]  17/6 17/9
close [1]  38/15
closely [2]  14/11 37/18
closest [1]  36/25
clue [1]  12/10
co [14]  11/11 11/23 12/1
 13/3 14/6 15/7 15/11 16/19
 20/16 38/14 38/14 39/11
 44/19 45/1
co-conspirator [3]  12/1
 16/19 45/1
co-conspirators [7]  11/11
 11/23 13/3 14/6 15/11 39/11

co-owner [4]  15/7 20/16
 38/14 38/14
coffers [2]  24/6 38/10
colleague [7]  23/4 25/12
 26/13 27/18 32/12 40/15
 40/21
colleagues [1]  38/13
COLLEEN [1]  1/9
Collett [10]  13/6 13/8 13/13
 15/22 17/1 17/7 18/10 31/24
 32/10 32/18
Collett's [4]  15/21 17/18
 19/2 46/13
COLUMBIA [2]  1/1 1/15
come [1]  20/25
comes [1]  13/21
coming [3]  9/22 18/22 33/25
Commissioner [1]  35/20
committed [1]  46/10
communicate [1]  14/23
communicating [1]  15/4
communications [3]  14/9
 14/10 25/18
company [7]  5/2 7/14 10/25
 16/11 16/13 16/18 18/4
comparable [1]  21/11
compare [1]  37/13
compared [1]  44/7
computer [1]  17/14
conceded [2]  37/8 37/9
concern [1]  5/1
concerned [1]  19/25
concerning [1]  4/21
concerns [1]  27/9
concluded [1]  47/23
conclusion [2]  36/6 36/7
conclusions [2]  2/22 2/24
conduct [11]  4/14 4/15 4/18
 4/22 6/5 40/10 40/11 40/11
 40/12 40/13 43/10
confident [1]  41/3
confirm [1]  34/11
Congress [1]  47/2
connect [3]  27/24 27/25 28/1
Connecticut [1]  1/18
connections [1]  13/1
consider [2]  4/13 30/24
consideration [2]  19/22
 42/25
considered [2]  42/22 42/23
conspiracy [2]  3/14 47/2
conspirator [3]  12/1 16/19
 45/1
conspirators [7]  11/11 11/23
 13/3 14/6 15/11 39/11 44/19
constantly [1]  11/17
constitutes [1]  48/4
Constitution [1]  1/24
consulted [1]  13/14
contacts [1]  14/18
context [3]  4/15 30/21 30/23
continuation [1]  9/4
continued [7]  12/17 18/3
 18/4 20/21 21/3 22/22 39/21
contracting [1]  21/21
contracts [1]  47/1
contributed [2]  20/9 36/15
control [7]  24/9 24/10 26/15
 26/16 26/19 31/3 36/5

controlled [1]  23/3
conversation [1]  31/15
copy [1]  13/7
core [2]  35/15 37/7
corporate [2]  24/5 25/1
corporation [2]  41/25 42/24
correct [7]  3/10 25/1 27/17
 32/5 32/6 32/20 48/4
correspondent [1]  7/7
corroborated [1]  7/13
cost [1]  42/9
could [10]  3/9 7/20 10/9
 11/1 13/13 19/3 35/10 35/10
 39/12 39/25
couldn't [1]  13/9
counsel [2]  2/13 42/8
count [3]  3/12 3/13 15/19
countries [1]  9/5
counts [11]  3/14 3/16 3/17
 3/21 3/24 4/1 4/2 4/3 4/6
 4/8 4/19
couple [1]  17/5
course [5]  19/1 20/4 21/23
 39/23 47/1
court [20]  1/1 1/22 1/23
 4/13 6/2 13/7 15/9 17/3 17/4
 17/7 19/3 36/1 36/4 38/1
 38/19 38/19 40/17 46/21 48/3
 48/13
Court's [4]  4/4 10/10 12/23
 36/7
courtroom [1]  2/15
Courts [2]  1/23 4/18
cover [2]  43/25 45/17
cow [2]  26/16 28/8
created [6]  10/24 12/15
 15/17 16/5 22/16 44/23
creates [1]  18/19
creating [2]  20/15 47/7
creator [1]  35/9
crime [2]  44/2 46/9
criminal [7]  1/3 2/3 7/3
 33/13 34/23 37/10 40/13
criminally [1]  37/11
crisis [10]  24/2 24/6 27/16
 28/6 28/24 29/16 31/3 31/19
 33/16 33/17
critical [1]  40/9
Culbertson [1]  36/1
curt [1]  31/11
customer [2]  16/24 20/14
cut [1]  41/20

**D**

Dain [15]  8/22 13/14 13/20
 14/11 14/14 14/19 18/8 18/11
 20/15 23/10 27/6 27/15 29/2
 29/23 30/24
Dain's [1]  27/8
Dated [1]  48/10
dates [1]  33/10
day [10]  13/11 15/5 17/12
 25/6 25/6 32/1 32/11 33/12
 41/3 48/10
days [1]  9/12
DC [5]  1/5 1/13 1/16 1/18
 1/25
deal [4]  12/9 15/1 33/17
 39/6
dealt [1]  13/2

**D**

dear [2]  34/6 34/7
debate [1]  35/6
debt [2]  41/1 41/1
decide [4]  4/3 18/4 43/4
 43/7
decided [2]  14/25 46/14
deciding [1]  9/9
decision [14]  13/10 13/17
 15/24 15/25 16/10 17/24 19/8
 22/9 31/13 31/18 37/5 39/22
 39/22 43/11
decision-making [1]  13/17
decisions [6]  12/25 13/17
 15/6 15/14 17/21 46/15
defendant [3]  1/7 1/17 46/18
defense [22]  3/4 7/20 12/20
 13/20 14/13 16/8 16/8 17/1
 18/11 19/13 19/17 20/16
 21/21 24/15 25/11 34/6 43/20
 44/19 45/23 46/21 47/1 47/3
defined [1]  4/15
defraud [1]  3/14
degree [1]  2/20
delay [2]  2/14 43/11
deliberating [1]  2/16
Delphine [5]  8/22 12/10
 14/14 28/14 30/9
Delphone [2]  14/19 30/24
Department [3]  10/22 47/3
 47/3
deposition [1]  13/7
deserves [1]  38/9
desired [2]  35/11 38/24
despite [1]  22/15
detail [1]  23/18
detailed [2]  18/9 32/16
determined [1]  4/9
determining [1]  4/17
detriment [1]  18/15
did [36]  5/15 5/24 9/3 9/14
 9/18 9/20 12/11 12/15 12/17
 13/15 17/3 18/1 18/3 18/6
 18/16 18/18 20/13 21/9 24/9
 30/20 31/12 32/10 32/14
 33/21 37/1 37/2 37/3 37/4
 38/24 39/7 39/10 39/14 39/15
 41/10 44/2 47/6
didn't [33]  10/18 12/11
 13/16 15/12 15/14 18/20 19/4
 21/21 23/9 23/19 24/22 26/21
 27/6 27/19 28/1 28/1 28/3
 33/6 33/24 33/25 35/18 38/12
 38/20 38/20 38/20 38/21 39/8
 39/12 39/13 40/2 40/4 42/12
 44/5
difference [2]  9/23 11/23
differences [1]  23/21
different [7]  6/21 7/11
 15/20 40/12 40/24 41/4 44/20
differentiated [1]  16/4
difficult [1]  14/1
dime [1]  34/16
directed [1]  22/14
disagree [2]  6/11 17/2
disburse [1]  46/14
disclosure [2]  20/25 39/24
discovery [1]  43/3
discussion [3]  16/25 20/3

discussions [2]  27/21 33/10
dispute [5]  5/9 7/21 31/22
 33/19 40/25
disregard [1]  6/3
distributions [4]  5/8 5/16
 5/21 9/10
DISTRICT [5]  1/1 1/1 1/9
 1/15 1/23
dividend [2]  5/8 7/4
dividends [2]  13/23 22/15
divorces [1]  34/18
do [26]  5/9 6/13 11/5 11/15
 19/4 20/6 22/4 22/4 24/7
 24/23 24/23 25/8 28/15 28/25
 30/8 30/9 31/25 34/9 35/25
 37/23 38/18 40/4 41/4 41/7
 42/9 44/13
documentation [1]  21/5
documents [1]  20/14
does [13]  7/20 20/10 20/12
 20/25 23/12 24/3 24/4 27/8
 29/4 34/14 38/23 38/24 39/13
doesn't [37]  7/24 11/18
 17/22 21/18 21/19 21/19
 21/21 22/5 23/13 24/25 25/5
 25/8 27/10 27/11 27/13 34/5
 34/13 34/18 38/4 39/1 39/1
 39/2 39/2 39/4 39/16 40/5
 40/7 40/8 40/14 41/1 43/25
 45/12 45/13 45/13 45/24 46/8
 46/20
doing [25]  10/14 10/15 10/18
 11/2 11/18 15/6 18/22 18/23
 18/23 21/13 21/14 22/10 24/7
 24/21 31/2 31/2 31/9 32/23
 37/7 39/24 42/3 42/8 44/11
 45/3 47/11
DOJ [2]  1/12 3/16
DOJ-TAX [1]  1/12
dollars [4]  12/3 14/21 16/10
 47/1
don't [13]  3/9 6/15 19/6
 20/6 24/12 28/6 35/12 35/14
 36/21 41/22 46/18 47/5 47/17
done [2]  32/24 40/3
Dooner [8]  16/19 21/14 21/25
 22/10 25/18 25/18 26/25 45/1
doubt [2]  29/8 43/18
doubting [1]  8/2
Doug [5]  15/24 15/25 16/1
 25/21 28/15
DOUGLAS [6]  1/6 2/4 25/19
 29/3 29/21 34/8
down [4]  12/4 20/7 30/13
 40/17
drag [1]  28/17
drive [1]  19/3
drop [1]  44/7
Dubai [1]  24/18
Duke [1]  11/16
during [2]  13/14 42/2
duties [1]  27/6

**E**

each [3]  7/12 15/3 15/21
earlier [2]  43/25 45/14
earned [5]  8/25 12/11 14/20
 46/11 46/25
earning [2]  10/5 11/6

easy [1]  16/23
economic [10]  5/24 5/25 18/7
 18/16 30/2 30/3 30/4 30/6
 34/14 46/6
EDELMAN [63]
Edelman's [14]  4/5 4/8 4/13
 4/14 4/22 4/23 5/1 5/10 5/11
 5/25 6/4 6/9 15/17 44/18
effectively [1]  28/19
effort [1]  11/4
efforts [1]  9/17
Ehr [2]  12/1 22/11
either [1]  39/17
eliminated [3]  19/21 19/22
 20/3
else [11]  7/22 9/7 10/3
 10/19 10/21 12/16 19/7 28/12
 32/10 41/2 47/16
email [5]  11/17 12/1 25/22
 26/5 26/6
emails [4]  11/14 12/5 16/19
 46/7
emphasize [2]  10/13 43/12
encountered [1]  9/21
end [6]  14/3 15/5 16/23 19/8
 24/16 41/21
enormously [1]  12/7
enough [6]  26/7 35/2 43/3
 43/7 43/17 44/8
entered [1]  3/22
enterprise [1]  36/2
entire [1]  19/2
entirely [1]  44/4
entities [7]  15/13 16/5 38/8
 41/8 44/23 44/24 45/2
entitled [1]  48/5
entity [18]  8/10 8/11 8/13
 8/18 9/6 12/19 16/22 23/6
 23/20 23/21 23/22 25/6 26/17
 31/23 39/4 40/24 41/6 41/24
equivalent [1]  8/16
Erkin [7]  14/3 18/4 28/16
 28/19 29/25 45/15 46/12
estimate [1]  42/25
et [2]  16/22 31/13
et cetera [2]  16/22 31/13
evade [2]  9/25 45/2
evaded [2]  18/24 44/8
evasion [6]  3/17 4/25 5/1
 5/6 5/14 44/9
even [14]  10/23 12/11 13/14
 14/22 15/3 16/7 23/10 35/17
 36/21 37/10 41/14 42/10
 45/15 46/3
every [2]  7/4 41/2
everybody [4]  24/7 26/22
 34/24 38/3
everyone [1]  37/14
everything [3]  4/7 9/7 11/19
evidence [12]  4/19 10/12
 11/3 13/19 13/21 13/22 19/19
 36/14 43/5 43/14 43/16 45/22
evidentiary [5]  1/8 2/19
 2/20 2/21 4/20
exact [1]  16/17
exactly [5]  8/5 12/14 15/19
 17/2 44/3
example [5]  11/22 12/5 15/2
 16/7 16/15
examples [1]  15/2

**E**

**except [3]**  21/22 35/5 35/7
**exception [1]**  46/10
**excess [1]**  43/19
**exchange [1]**  30/8
**excuse [1]**  6/19
**executive [2]**  36/11 36/12
**exercise [1]**  24/9
**exercising [2]**  24/10 31/3
**exhibit [20]**  11/8 11/25
 14/13 14/16 16/8 16/11 16/20
 16/24 20/16 24/15 25/11
 27/17 28/13 29/17 29/24
 30/20 31/5 34/6 44/21 45/6
**Exhibit 24 [1]**  31/5
**Exhibit 25 [3]**  27/17 28/13
 30/20
**Exhibit 25-14 [1]**  11/25
**Exhibit 25-6 [2]**  16/20 16/24
**Exhibit 25-7 [1]**  44/21
**Exhibit 25-8 [1]**  11/8
**exhibits [7]**  6/19 11/14
 12/24 15/2 16/8 18/11 44/17
**Exhibits 25-10 [1]**  15/2
**exist [1]**  13/15
**existed [1]**  33/4
**exists [1]**  25/16
**experts [3]**  21/23 22/5 22/5
**explain [2]**  22/16 32/22
**explaining [1]**  15/23
**extent [4]**  13/15 14/8 17/19
 46/20
**Ezra [2]**  1/11 2/7

**F**

**faced [1]**  39/21
**facility [1]**  24/18
**facing [2]**  28/9 34/3
**fact [10]**  25/7 38/24 39/13
 39/16 40/6 40/13 45/11 45/20
 46/7 46/8
**facts [8]**  4/18 10/10 11/3
 38/6 43/1 43/16 43/21 46/18
**factual [5]**  4/21 35/8 35/19
 36/3 36/10
**factually [4]**  46/20 46/22
 46/23 47/5
**failed [1]**  34/25
**failure [4]**  5/11 6/4 6/6
 35/1
**fair [2]**  30/9 30/9
**faith [7]**  10/16 10/17 11/6
 12/3 43/22 44/11 44/13
**fall [1]**  28/15
**false [3]**  3/15 3/18 10/24
**familiar [1]**  10/13
**far [1]**  43/18
**fast [1]**  47/13
**February [1]**  17/12
**federal [1]**  39/17
**feel [2]**  18/18 18/20
**felony [1]**  44/9
**felt [1]**  12/12
**few [4]**  6/14 20/5 27/23
 42/18
**fiduciary [1]**  27/5
**Fifth [1]**  1/21
**figure [2]**  41/23 43/9
**file [1]**  35/18

**filed [1]**  40/2
**filing [1]**  35/18
**filings [2]**  7/24 41/15
**final [4]**  7/5 15/8 16/25
 43/12
**finally [1]**  20/19
**finance [1]**  31/9
**finances [1]**  12/9
**financial [2]**  3/19 24/17
**financing [1]**  14/5
**find [2]**  6/3 28/20
**findings [3]**  10/10 12/24
 18/25
**fine [2]**  7/18 30/1
**firm [1]**  20/15
**first [7]**  3/3 6/15 17/11
 17/12 34/22 35/10 44/22
**fit [1]**  9/11
**five [1]**  13/22
**fixed [1]**  40/3
**flow [1]**  27/5
**flush [1]**  24/7
**focus [3]**  25/9 34/1 37/7
**follow [1]**  39/20
**followed [1]**  25/2
**following [3]**  4/4 26/1 34/8
**foregoing [1]**  48/4
**foreign [5]**  3/19 10/3 10/5
 15/13 41/24
**form [2]**  35/21 37/22
**formation [1]**  35/23
**formed [2]**  21/6 22/20
**forming [1]**  38/8
**forth [2]**  2/22 30/12
**Fortunato [5]**  37/25 37/25
 38/8 38/17 46/23
**Fortunatos [1]**  38/3
**forward [3]**  4/1 28/20 43/10
**found [3]**  6/18 38/19 38/20
**foundation [13]**  6/20 8/10
 8/14 8/15 8/20 8/24 9/24
 22/15 23/3 23/4 23/5 23/5
 23/11
**fourth [1]**  41/13
**frames [1]**  43/20
**frankly [4]**  6/14 18/11 45/16
 46/22
**fraud [3]**  37/8 37/9 44/2
**frequently [1]**  9/11
**Friedman [2]**  21/25 24/16
**front [1]**  20/6
**fuel [3]**  21/16 21/20 24/24
**full [2]**  36/23 47/17
**funded [1]**  11/9
**funds [2]**  22/19 34/11
**further [3]**  22/24 30/15
 43/11

**G**

**Galactea [12]**  5/18 5/23 6/3
 18/18 20/11 20/11 20/15
 22/16 22/19 22/20 22/21
 22/25
**garden [2]**  41/3 44/20
**gave [2]**  20/19 21/10
**general [3]**  39/17 39/19 42/8
**generally [1]**  25/1
**generated [5]**  5/2 6/1 6/4
 6/6 18/2
**Geneva [1]**  31/8

**George [2]**  1/17 2/10
**get [8]**  17/7 28/4 31/8 37/23
 40/19 41/2 47/13 47/16
**getting [2]**  34/15 42/7
**girls [2]**  29/4 30/10
**give [6]**  2/23 29/12 29/13
 30/20 34/16 35/24
**given [2]**  25/21 34/10
**gives [1]**  25/19
**giving [2]**  29/20 31/1
**Global [1]**  11/16
**GlobalSpec1 [1]**  12/6
**go [26]**  3/4 8/7 16/12 17/16
 23/3 23/15 24/8 25/11 25/13
 28/5 28/13 28/25 29/17 30/7
 30/11 30/11 30/14 30/15
 30/23 31/4 31/6 31/24 31/25
 32/11 33/1 43/10
**goes [2]**  30/1 39/5
**going [30]**  3/2 6/13 12/21
 16/20 16/21 19/24 21/7 21/23
 21/24 21/24 21/25 21/25 23/9
 23/12 24/23 26/12 28/8 29/12
 31/24 33/22 34/1 34/16 40/4
 40/6 41/4 41/21 42/12 45/7
 45/10 47/15
**good [14]**  2/7 2/9 2/10 2/13
 10/16 10/17 11/6 12/2 25/22
 26/6 33/24 43/22 44/11 44/13
**goodness [1]**  27/4
**Google [2]**  25/16 37/15
**got [15]**  7/19 21/1 21/2
 21/15 21/17 27/4 27/5 27/7
 27/9 27/9 27/19 33/1 41/23
 41/24 42/15
**government [35]**  2/5 3/2 3/25
 4/2 5/23 6/2 6/13 6/17 7/3
 9/16 10/7 10/21 11/12 11/24
 12/18 17/3 20/22 22/13 23/14
 24/22 25/25 27/15 33/13
 33/19 37/8 37/9 38/7 39/5
 39/25 41/16 42/3 43/13 43/17
 44/10 44/21
**government's [7]**  6/8 6/19
 9/3 10/8 26/14 38/7 44/17
**Graham [2]**  13/6 25/23
**Graham's [1]**  31/12
**grain [1]**  45/20
**great [1]**  27/10
**group [3]**  16/8 16/12 24/17
**grow [1]**  38/12
**guarantor [1]**  15/1
**guess [3]**  21/14 23/25 46/2
**guidance [1]**  29/8
**guideline [1]**  19/23
**guidelines [1]**  4/11
**guilty [4]**  3/21 5/5 8/25
 10/23
**guise [1]**  9/13
**gut [1]**  29/25
**guy [5]**  21/17 25/18 26/6
 38/3 38/3

**H**

**had [30]**  2/15 7/8 9/12 12/10
 14/7 18/12 18/23 20/17 20/20
 22/19 26/2 26/12 26/15 26/16
 27/4 28/2 35/9 36/8 36/25
 37/1 38/10 38/13 38/21 38/23
 39/11 39/15 41/4 45/16 46/9

**H**

had... **[1]**  46/10
half **[1]**  15/7
happen **[5]**  27/19 28/4 28/23
 44/25 45/10
happened **[9]**  27/16 27/16
 28/11 41/21 42/2 43/20 45/9
 45/14 46/9
happening **[4]**  26/8 32/18
 33/15 33/16
happens **[5]**  31/20 33/12
 33/18 34/17 41/2
happy **[1]**  42/8
hard **[5]**  11/1 16/3 24/12
 24/13 33/25
has **[35]**  4/2 5/5 8/23 8/25
 10/22 12/13 13/6 13/7 14/18
 14/20 16/13 20/25 21/1 23/14
 24/17 24/18 24/18 27/9 27/9
 27/23 27/24 27/25 34/19
 37/19 37/21 39/5 40/8 40/12
 42/22 42/23 43/1 43/8 43/13
 43/17 46/21
have **[84]**
haven't **[1]**  36/13
having **[3]**  2/21 22/16 40/18
he **[269]**
hear **[3]**  6/13 19/12 19/16
heard **[1]**  36/19
hearing **[6]**  1/8 2/19 2/20
 2/23 4/21 43/8
held **[1]**  26/18
help **[2]**  16/5 29/14
helpful **[3]**  7/16 19/18 47/21
Helvering **[1]**  36/3
her **[21]**  8/22 8/23 14/18
 18/13 18/15 27/12 27/12
 27/12 27/24 27/24 27/25 29/5
 29/11 29/12 29/14 29/14
 29/15 30/18 30/19 30/20 31/1
here **[13]**  2/12 9/3 10/9 12/5
 17/11 25/5 26/25 27/1 31/11
 40/9 43/4 43/13 43/16
herring **[1]**  40/22
herself **[1]**  14/17
hide **[8]**  8/24 9/25 10/4 11/4
 11/18 11/20 15/13 16/5
high **[2]**  26/23 43/15
highlight **[1]**  28/18
him **[18]**  9/21 12/1 14/15
 16/14 26/5 28/1 28/17 29/12
 30/9 31/3 32/3 32/19 33/20
 34/11 34/18 35/22 37/15
 44/25
himself **[2]**  11/16 15/14
hire **[1]**  42/10
his **[88]**
history **[1]**  9/16
hog **[1]**  26/23
hold **[1]**  15/19
holding **[1]**  4/1
home **[1]**  38/15
Honor **[65]**
HONORABLE **[1]**  1/9
hours **[1]**  19/4
house **[2]**  15/17 30/22
houses **[1]**  27/9
how **[20]**  11/1 11/3 12/17
 14/11 14/14 14/15 15/12

 15/12 15/17 15/19 16/4 16/15
 18/4 25/7 43/20 43/20 43/21
 44/18 46/6 46/14
however **[1]**  5/13
huff **[1]**  29/25
huge **[1]**  13/23
Human **[1]**  24/11
hundreds **[4]**  7/16 12/3 14/20
 46/25
hurting **[1]**  14/4
husband **[2]**  35/21 36/4

**I**

I'd **[4]**  6/17 12/23 15/8 16/7
I'll **[5]**  19/8 31/25 42/7
 47/13 47/16
I'm **[19]**  2/14 3/2 6/11 6/13
 16/21 19/16 22/3 26/12 27/25
 29/3 31/11 31/24 39/8 40/19
 41/18 41/19 42/6 42/7 42/9
identify **[1]**  2/6
Ifone **[3]**  39/9 40/3 44/6
Ifone-Neda **[3]**  39/9 40/3
 44/6
ignored **[1]**  26/4
ignoring **[1]**  24/20
III **[1]**  1/17
immediately **[2]**  46/15 47/17
implications **[1]**  42/24
important **[4]**  11/25 15/6
 27/22 35/5
imposed **[1]**  18/18
impressions **[1]**  3/9
include **[2]**  5/10 5/20
included **[1]**  32/16
income **[32]**  5/2 5/8 5/12 6/1
 6/4 6/6 6/6 8/25 9/2 9/25 10/4
 10/6 11/6 15/13 18/2 18/22
 18/24 31/21 34/13 35/17
 37/20 37/22 37/23 39/11
 39/16 39/17 39/18 41/24 42/3
 44/5 44/7 44/10 47/10
incorrectly **[1]**  30/10
independent **[11]**  13/4 13/16
 17/24 23/8 23/9 35/12 35/13
 36/17 36/20 36/25 37/1
indicated **[1]**  4/2
indicted **[1]**  28/9
indictment **[3]**  3/13 3/22
 4/24
individuals **[1]**  13/2
information **[11]**  3/6 3/6
 3/11 6/18 6/24 7/13 7/15
 7/19 8/3 8/6 22/9
ING **[1]**  31/8
inherently **[2]**  22/7 26/11
initial **[4]**  2/22 3/8 19/19
 30/11
initially **[1]**  19/4
innocence **[2]**  3/23 5/13
instance **[1]**  13/9
instead **[1]**  9/23
intent **[1]**  38/21
intents **[1]**  16/3
interest **[8]**  18/7 18/16 20/8
 29/4 30/4 30/5 30/25 34/14
interested **[1]**  19/21
interests **[3]**  27/12 30/2
 30/6
introduce **[1]**  29/13

introducing **[1]**  14/16
introduction **[1]**  18/6
invest **[5]**  16/10 16/20 16/21
 26/25 27/1
invested **[2]**  11/10 13/24
Investigation **[1]**  7/3
investing **[2]**  9/10 9/13
investment **[10]**  12/25 15/23
 16/9 16/13 16/17 25/14 25/20
 26/3 45/5 46/15
investments **[14]**  9/12 13/2
 15/17 15/20 15/20 15/22 16/6
 18/5 18/14 22/12 26/14 26/15
 44/19 45/9
involve **[1]**  35/7
involved **[5]**  7/12 11/19 13/4
 17/24 27/19
involvement **[5]**  9/17 11/4
 11/21 17/20 38/16
involving **[2]**  38/1 38/2
Irish **[1]**  21/17
IRS **[7]**  3/15 7/3 10/22 38/5
 42/22 42/25 47/3
is **[275]**
is the **[1]**  29/22
Islands **[1]**  10/2
isn't **[4]**  11/9 21/2 25/5
 25/8
Isotropic **[5]**  16/18 25/14
 25/17 25/20 45/5
issue **[4]**  4/21 19/22 19/25
 42/22
issues **[7]**  2/15 2/22 4/4
 6/11 17/9 20/2 42/23
it **[141]**
it's **[53]**
its **[10]**  3/2 3/4 5/16 5/21
 15/7 15/9 41/17 42/3 42/25
 44/9
itself **[3]**  7/14 31/20 31/21

**J**

Jersey **[1]**  46/24
job **[1]**  24/25
JOBS **[1]**  41/20
JUDGE **[1]**  1/9
June **[1]**  14/14
June 2019 **[1]**  14/14
jury **[1]**  2/16
just **[38]**  6/14 6/23 6/25
 7/18 7/20 7/24 7/25 9/12
 10/13 11/11 12/12 12/12
 14/21 15/8 16/4 16/15 17/6
 17/8 17/18 23/3 24/17 24/20
 28/7 31/25 34/17 37/6 39/6
 40/4 40/5 40/7 42/6 42/18
 42/21 43/13 43/21 43/22
 43/25 44/14
Justice **[2]**  10/22 47/3

**K**

keep **[4]**  10/19 10/21 39/20
 44/12
keeps **[1]**  43/24
kept **[19]**  9/8 9/9 9/10 9/13
 9/14 9/15 9/17 9/17 10/3
 10/5 10/5 10/6 15/13 15/15
 18/23 33/25 39/21 40/4 40/5
key **[4]**  11/3 26/14 26/15
 38/8

## K

**kind [7]**   17/8 29/17 33/24
 36/16 44/1 44/20 45/17
**knew [12]**   10/14 18/21 18/22
 29/7 33/13 33/14 33/14 35/2
 44/10 45/10 45/16 47/10
**know [26]**   2/15 6/12 8/12
 11/22 16/7 16/23 20/13 20/13
 21/18 21/19 21/19 21/21
 21/22 22/3 22/4 23/9 24/20
 24/25 25/19 25/21 27/16
 28/14 36/21 37/4 38/19 44/3
**knows [2]**   10/17 45/1
**KOLLAR [1]**   1/9
**KOLLAR-KOTELLY [1]**   1/9
**kosher [1]**   11/20
**KOTELLY [1]**   1/9
**KYC [5]**   16/23 16/23 20/14
 21/4 45/7
**Kyrgyzstan [1]**   21/17

## L

**lacked [1]**   5/24
**large [3]**   29/18 45/20 47/4
**last [4]**   22/13 27/22 30/8
 42/7
**late [1]**   14/23
**later [1]**   8/22
**law [13]**   15/18 18/21 24/1
 24/1 26/10 34/21 34/22 37/22
 38/22 38/22 38/25 39/3 41/19
**laws [1]**   4/15
**lawyer [2]**   41/5 45/1
**lawyers [8]**   29/14 30/13
 30/17 31/8 40/24 41/7 44/2
 47/4
**lazy [1]**   33/24
**Le [16]**   8/22 13/14 13/20
 14/11 14/14 14/19 18/8 18/11
 20/15 23/10 27/6 27/8 27/15
 29/2 29/22 30/24
**lead [2]**   37/17 37/18
**leader [1]**   19/23
**least [5]**   3/8 7/13 14/7
 19/18 35/13
**legal [10]**   8/13 10/18 11/2
 22/23 22/24 23/2 28/6 28/10
 40/25 44/24
**legally [4]**   21/5 34/19 38/21
 39/14
**legitimate [3]**   44/14 44/15
 45/10
**Len [13]**   12/22 14/15 24/16
 24/17 26/2 26/3 27/23 27/23
 28/14 30/24 31/15 31/17
 45/11
**length [1]**   18/10
**Leonard [1]**   25/23
**less [2]**   2/20 34/18
**let [6]**   6/12 19/11 20/3
 23/15 23/15 33/23
**let's [9]**   24/13 24/13 27/7
 28/11 32/10 34/2 34/6 37/13
 39/6
**level [4]**   4/6 4/9 21/23 25/9
**liable [1]**   37/12
**lie [8]**   20/21 21/3 39/21
 40/4 40/5 43/25 47/2 47/4
**lied [5]**   10/23 20/18 21/3

39/7 44/4
**life [3]**   28/2 38/12 39/25
**like [17]**   2/23 13/20 14/23
 23/13 23/13 24/22 25/15 26/4
 27/19 27/21 29/15 35/25
 36/16 38/18 45/12 45/18
 45/21
**Lindsay [3]**   1/22 48/3 48/12
**line [5]**   6/21 32/2 32/7
 46/20 47/5
**litigation [1]**   44/3
**little [12]**   3/6 12/4 13/22
 20/23 23/18 25/12 27/18 30/1
 30/14 30/15 32/13 34/21
**living [2]**   26/23 28/2
**LLP [1]**   1/17
**local [2]**   38/22 38/22
**logistics [1]**   46/16
**London [1]**   30/22
**long [2]**   30/2 46/17
**longer [1]**   23/1
**look [27]**   11/13 14/10 14/13
 14/16 15/20 16/7 16/17 16/19
 23/13 23/13 25/3 26/10 27/8
 27/20 28/11 31/17 34/6 36/16
 37/25 37/25 39/22 39/25
 44/11 44/17 44/17 44/21 45/5
**looked [2]**   38/22 38/22
**looking [6]**   6/25 19/19 25/10
 30/3 30/4 30/5
**lose [1]**   14/5
**losing [1]**   30/10
**loss [18]**   4/5 4/9 4/12 4/13
 4/17 4/22 5/9 5/10 5/19 5/20
 6/9 6/10 19/25 42/5 42/22
 43/1 43/4 43/9
**lost [2]**   15/19 18/14
**lot [3]**   21/12 21/14 40/15
**lying [15]**   9/15 9/15 10/7
 10/19 10/20 10/20 10/21 11/2
 12/17 15/15 20/17 20/22
 39/20 39/21 43/24

## M

**Machell [1]**   26/10
**Machell's [1]**   22/6
**made [21]**   7/4 9/12 12/25
 13/5 13/8 15/13 15/23 15/24
 16/10 17/20 17/21 23/22 26/3
 26/15 28/14 31/18 32/12
 32/13 38/17 39/5 42/25
**magically [1]**   16/1
**magnitude [1]**   47/7
**main [1]**   28/8
**maintains [2]**   3/23 5/13
**majority [1]**   10/6
**make [20]**   3/2 8/5 9/10 11/8
 13/10 13/16 15/24 17/22 19/8
 23/16 24/25 25/20 27/13
 31/12 33/6 43/25 45/12 45/13
 45/13 45/23
**makes [1]**   37/22
**making [8]**   3/15 13/17 15/6
 17/25 32/25 33/8 37/5 45/19
**man [1]**   12/9
**managed [4]**   8/19 13/1 47/2
 47/4
**management [1]**   37/3
**managing [1]**   25/6
**manner [1]**   39/1

**many [5]**   9/18 11/2 15/19
 19/4 30/13
**Markosian [1]**   36/8
**material [1]**   19/12
**materially [2]**   18/1 18/3
**matter [7]**   24/4 24/4 39/2
 39/3 39/14 40/14 48/5
**matters [8]**   24/1 24/5 31/13
 33/6 33/18 38/25 39/14 45/25
**may [7]**   3/12 3/21 8/17 8/22
 17/6 41/25 41/25
**May 2025 [1]**   3/21
**maybe [4]**   2/20 36/24 37/11
 42/18
**MCKENZIE [2]**   1/17 1/20
**me [23]**   3/9 6/12 6/19 7/19
 8/5 19/11 20/3 23/15 26/5
 26/6 29/3 29/4 29/25 30/10
 31/2 31/14 32/3 32/22 34/7
 34/16 37/21 41/13 42/8
**mean [16]**   7/10 13/6 14/13
 20/10 22/5 25/5 25/8 29/4
 34/14 40/5 40/7 40/8 43/24
 44/1 44/19 45/24
**means [2]**   26/1 41/24
**meant [1]**   32/22
**meet [1]**   27/22
**meeting [1]**   27/21
**member [1]**   21/9
**members [1]**   21/10
**memorandum [4]**   2/18 3/7 3/7
 10/12
**mens [1]**   40/8
**mentioned [2]**   4/24 27/22
**merely [1]**   9/4
**mess [1]**   40/10
**message [1]**   14/17
**messaging [1]**   45/17
**messed [1]**   22/21
**met [4]**   23/10 23/10 37/15
 43/15
**metes [1]**   41/7
**Mexico [1]**   46/16
**middle [3]**   29/18 29/24 30/16
**might [1]**   33/23
**military [3]**   21/16 24/24
 25/15
**million [9]**   22/14 30/21 44/6
 44/10 46/1 46/2 46/5 46/11
 46/14
**millions [4]**   12/3 14/20
 16/10 47/1
**Mina [32]**   5/2 5/3 5/3 5/4
 5/7 5/12 5/15 5/17 5/20 5/25
 6/5 6/6 7/14 9/9 17/25 18/1
 18/2 18/23 20/8 20/10 21/9
 22/14 22/25 24/14 24/17
 26/16 26/18 31/9 31/22 32/4
 33/5 46/1
**Mina/Red [28]**   5/2 5/7 5/12
 5/15 5/17 5/20 5/25 6/5 6/6
 7/14 9/9 17/25 18/1 18/2
 18/23 20/8 20/10 21/9 22/14
 22/25 24/14 26/16 26/18 31/9
 31/22 32/4 33/5 46/1
**minimize [1]**   9/17
**mislead [1]**   17/3
**MO [2]**   9/7 15/12
**modus [1]**   9/8
**Monday [2]**   2/19 10/13

**M**

**money [19]**   7/8 7/9 7/25 9/10 9/22 10/5 11/10 13/24 18/5 18/12 18/14 18/17 18/22 22/22 26/24 33/6 34/5 35/3 38/18
**monies [1]**   33/1
**month [2]**   32/17 32/17
**months [4]**   12/2 12/6 43/2 43/8
**more [14]**   3/6 7/10 7/16 8/12 9/21 13/4 19/25 23/18 23/22 28/12 29/11 29/11 30/1 42/11
**morning [3]**   2/9 2/10 2/13
**mortgage [1]**   30/21
**most [2]**   13/2 30/11
**mostly [2]**   18/14 46/10
**move [1]**   3/25
**Mr [6]**   2/11 2/11 8/11 9/9 26/21 31/4
**Mr. [74]**
**Mr. Bek [1]**   28/22
**Mr. Collett [7]**   13/8 15/22 17/1 17/7 31/24 32/10 32/18
**Mr. Collett's [4]**   15/21 17/18 19/2 46/13
**Mr. Dooner [2]**   22/10 26/25
**Mr. Edelman [34]**   2/14 3/12 3/13 3/15 3/16 3/18 3/21 3/22 3/25 4/24 5/5 5/7 5/13 5/15 5/18 7/5 8/23 8/23 9/14 10/14 11/4 11/15 20/7 20/9 21/8 21/24 22/10 23/10 26/24 34/9 43/22 44/22 46/11 47/6
**Mr. Edelman's [13]**   4/5 4/8 4/13 4/14 4/22 4/23 5/1 5/10 5/11 5/25 6/4 6/9 44/18
**Mr. Fortunato [1]**   38/17
**Mr. Machell [1]**   26/10
**Mr. Machell's [1]**   22/6
**Mr. O'Brien [10]**   20/14 21/4 24/9 25/3 26/15 27/2 27/25 28/21 29/2 33/20
**Ms. [7]**   20/15 23/10 27/6 27/8 27/15 29/2 29/22
**Ms. Le [7]**   20/15 23/10 27/6 27/8 27/15 29/2 29/22
**much [5]**   6/17 7/10 11/4 30/2 46/23
**multiple [3]**   27/9 40/23 40/23
**must [1]**   4/13
**my [35]**   2/15 2/22 2/24 3/8 6/17 8/4 8/9 8/14 11/8 11/8 11/8 12/12 19/18 22/13 23/4 25/11 26/12 27/4 27/5 27/6 27/18 28/5 29/4 29/25 30/18 31/4 32/12 34/3 39/19 40/15 40/21 41/3 44/12 44/12 47/15

**N**

**name [6]**   9/6 11/9 12/16 12/19 26/17 44/13
**named [2]**   8/19 12/22
**names [1]**   16/3
**nature [1]**   24/11
**NE [1]**   1/12
**Neda [3]**   39/9 40/3 44/6
**need [16]**   16/14 19/8 19/12

27/11 28/1 28/3 28/24 28/25 29/25 30/17 31/8 40/17 42/11 44/23 45/19 47/16
**needed [9]**   14/3 14/5 14/8 17/21 28/4 31/18 35/25 43/19 45/17
**needs [2]**   28/22 43/15
**negotiated [4]**   14/25 15/1 16/1 46/13
**negotiating [1]**   15/3
**never [8]**   12/10 13/18 23/10 23/10 29/7 36/4 36/5 36/19
**new [9]**   1/20 1/21 9/14 16/2 42/24 44/23 44/24 45/7 46/24
**next [6]**   29/1 29/1 30/1 30/11 32/7 33/2
**no [32]**   1/4 2/17 7/23 7/23 11/5 11/20 13/11 13/18 15/9 15/10 17/23 18/7 23/1 23/8 23/8 26/2 26/19 26/20 26/21 27/4 34/11 35/12 35/23 36/2 36/14 38/5 38/21 39/14 41/11 46/5 46/5 46/5
**Nobody [2]**   24/6 33/14
**normal [1]**   24/11
**not [95]**
**notable [2]**   13/19 14/22
**note [2]**   24/3 24/4
**notes [1]**   47/15
**noteworthy [1]**   14/18
**nothing [6]**   10/3 12/16 22/7 26/11 34/19 41/4
**notice [1]**   33/10
**November [2]**   33/11 33/12
**November 5th [2]**   33/11 33/12
**now [14]**   5/23 23/21 24/22 26/21 27/15 31/4 31/23 32/10 33/10 33/23 34/2 39/22 45/21 45/25
**number [8]**   15/16 16/2 18/19 41/14 41/15 41/18 43/1 47/4
**NW [3]**   1/15 1/18 1/24
**NY [1]**   1/21

**O**

**O'Brien [20]**   12/22 13/20 14/15 16/9 20/14 20/19 21/4 24/9 25/3 26/2 26/3 26/15 27/2 27/25 28/21 29/2 31/4 33/20 37/13 45/11
**oath [1]**   13/8
**objection [1]**   7/23
**obligations [1]**   34/10
**obviously [4]**   7/25 42/23 43/6 47/12
**occasionally [1]**   13/5
**October [1]**   12/2
**October 2012 [1]**   12/2
**off [3]**   3/8 27/2 44/13
**offense [9]**   4/6 4/9 4/10 4/13 4/16 4/23 5/10 5/19 6/9
**OFFICE [1]**   1/14
**officer [1]**   24/17
**Official [3]**   1/23 48/3 48/13
**often [1]**   27/22
**oh [3]**   20/20 27/4 27/5
**oil [1]**   46/16
**okay [45]**   7/1 8/1 8/7 17/10 20/13 20/23 21/8 21/19 22/13 22/19 23/17 23/24 24/8 24/19

25/14 25/19 27/3 27/3 27/3 28/21 28/24 29/16 31/15 31/16 31/22 33/16 33/19 35/8 35/16 35/23 35/25 36/22 38/1 38/3 38/6 39/10 39/13 39/21 39/25 40/5 40/13 41/20 41/22 42/14 42/20
**once [1]**   41/15
**one [28]**   3/8 7/24 11/25 12/5 13/13 16/15 16/18 17/11 17/12 20/24 21/14 23/25 25/3 25/7 26/18 26/19 31/8 31/10 31/18 34/24 36/17 38/3 41/9 41/12 43/13 44/22 46/12 46/14
**ones [1]**   31/10
**only [12]**   7/23 9/5 9/23 12/18 13/13 24/1 28/3 31/1 34/25 35/3 36/16 41/9
**onwards [1]**   10/1
**operandi [1]**   9/8
**operate [1]**   18/4
**operated [3]**   12/17 43/21 46/6
**operating [5]**   9/8 21/15 22/2 25/2 25/4
**operations [2]**   25/6 37/3
**opinion [5]**   15/9 22/7 22/9 30/18 30/19
**opinions [1]**   31/12
**opportunity [3]**   2/24 2/25 3/4
**order [3]**   6/16 32/7 41/13
**ordering [1]**   44/23
**organizer [1]**   19/23
**originally [1]**   36/8
**other [16]**   15/3 16/3 16/4 18/8 18/19 20/2 21/10 22/12 24/1 39/20 40/15 40/16 40/21 41/9 41/12 45/22
**others [2]**   16/9 20/2
**our [7]**   7/23 7/24 33/19 37/13 39/4 41/15 43/1
**out [24]**   2/18 4/7 6/11 6/15 14/15 15/9 19/12 19/18 20/1 22/22 30/3 30/4 30/5 31/20 31/21 33/1 41/16 41/22 41/22 41/23 41/23 43/9 46/3 47/13
**outset [1]**   24/1
**over [8]**   26/15 26/16 29/11 36/5 37/3 37/22 43/2 47/1
**Overseeing [1]**   32/24
**oversight [1]**   46/5
**owe [2]**   5/15 34/9
**owed [1]**   35/3
**owes [1]**   40/14
**own [28]**   9/11 11/7 12/9 13/1 22/2 22/5 32/8 38/9 38/12 38/20 38/20 38/20 38/21 38/21 38/23 38/24 38/24 39/2 39/4 39/7 39/8 39/10 39/13 39/14 40/2 44/9 44/12 44/18
**owned [16]**   10/25 20/21 21/4 21/5 23/2 25/6 25/7 32/9 33/5 33/7 34/20 38/11 38/16 39/10 40/1 46/4
**owner [4]**   15/7 20/16 38/14 38/14
**ownership [6]**   5/17 16/5 18/1 22/23 22/24 38/2

**O**

**owning [6]**  20/18 20/23 21/1 21/2 39/7 40/6
**owns [6]**  7/24 23/1 38/4 38/5 39/1 39/4

**P**

**p.m [1]**  47/23
**page [18]**  13/12 17/12 17/13 27/18 28/14 29/1 29/1 29/17 29/18 29/24 29/25 30/7 30/11 30/16 31/6 31/6 32/1 33/2
**pages [1]**  7/17
**paid [7]**  12/22 13/23 34/3 34/4 34/4 34/15 42/7
**Palantir [4]**  22/3 22/3 25/7 25/8
**Panama [9]**  8/11 8/14 8/16 8/21 23/4 23/5 23/11 23/17 23/18
**Panamanian [1]**  9/23
**panic [1]**  29/11
**paper [7]**  9/24 10/3 16/14 24/20 25/23 25/25 26/7
**paragraph [2]**  29/6 29/18
**paraphrasing [1]**  45/8
**part [11]**  5/6 9/2 13/15 13/17 18/8 18/10 18/20 19/24 28/18 37/5 41/10
**parted [1]**  36/5
**participate [1]**  37/2
**participating [1]**  3/13
**particular [2]**  6/16 8/13
**parties [3]**  2/23 4/17 5/9
**parties' [1]**  3/5
**partner [4]**  28/8 28/16 28/19 41/1
**partnership [4]**  35/20 35/22 35/24 42/1
**passed [1]**  18/8
**Paulson [2]**  36/17 36/23
**pay [7]**  5/11 6/4 6/6 34/25 35/1 37/21 39/12
**paying [2]**  10/6 10/19
**payment [2]**  7/4 7/5
**payments [8]**  13/5 15/25 17/22 32/12 32/12 32/13 32/14 33/8
**penalty [2]**  37/8 37/9
**pennies [1]**  34/19
**people [13]**  11/2 11/24 21/12 21/14 22/1 22/3 24/3 24/19 33/17 35/17 36/21 37/15 43/24
**people's [1]**  22/11
**percent [3]**  5/7 11/10 42/4
**period [8]**  9/21 10/16 13/14 13/23 22/18 22/23 42/1 42/2
**periods [1]**  8/25
**person [6]**  13/4 17/8 27/2 28/22 36/20 38/5
**personal [2]**  9/11 13/1
**personally [1]**  29/6
**personnel [1]**  21/10
**perspective [3]**  26/7 37/11 42/9
**ph [1]**  21/13
**phone [1]**  14/18
**picking [1]**  29/9

**pin [1]**  20/7
**Plaintiff [2]**  1/4 1/11
**play [2]**  17/9 31/25
**played [4]**  17/15 17/17 26/13 38/8
**plea [3]**  3/22 3/23 5/6
**pleadings [2]**  19/19 47/21
**please [3]**  2/5 29/20 31/6
**pled [4]**  3/21 5/5 8/25 10/22
**plenty [2]**  26/23 26/24
**point [19]**  9/3 10/14 10/15 11/13 15/8 19/6 20/6 20/21 23/1 23/20 25/7 26/2 26/22 27/17 32/2 39/5 39/20 42/11 43/2
**pointed [2]**  15/9 46/3
**points [2]**  39/20 42/18
**position [4]**  6/8 20/7 41/17 46/6
**possible [1]**  30/3
**possibly [1]**  11/1
**post [1]**  40/6
**pot [1]**  34/18
**pot-less [1]**  34/18
**power [1]**  35/9
**preliminary [5]**  2/24 10/10 12/23 18/25 41/13
**premise [1]**  28/5
**prepared [2]**  41/14 42/6
**preparers [2]**  10/20 47/5
**preparing [1]**  11/24
**preponderance [4]**  4/19 35/3 43/14 43/19
**presentation [4]**  3/3 3/5 10/8 39/19
**presented [1]**  43/17
**presentencing [1]**  4/20
**pressure [2]**  27/4 27/11
**pretend [2]**  10/4 45/21
**pretending [5]**  14/7 14/8 45/11 45/18 45/24
**pretty [4]**  10/9 17/5 38/15 45/20
**previously [1]**  32/4
**price [2]**  14/25 21/20
**primarily [1]**  5/1
**principles [1]**  37/23
**prior [10]**  14/11 20/18 20/22 22/22 23/2 23/20 26/22 33/11 39/25 46/15
**prison [2]**  28/10 34/3
**private [3]**  12/14 31/15 46/4
**probably [2]**  8/12 41/17
**problem [5]**  2/17 24/10 27/5 27/7 31/11
**problems [2]**  27/5 40/18
**proceed [2]**  4/3 30/25
**proceedings [2]**  47/23 48/5
**process [1]**  13/17
**processes [1]**  29/15
**produced [1]**  43/3
**producing [1]**  31/21
**professional [3]**  33/21 37/14 37/15
**professionally [1]**  8/19
**profit [3]**  5/16 5/16 5/21
**project [1]**  46/16
**proper [2]**  25/23 42/5
**properly [2]**  33/2 35/19
**property [2]**  35/11 35/14

**proposed [1]**  14/24
**protect [2]**  27/12 41/7
**protected [2]**  27/13 30/2
**protector [2]**  32/19 37/18
**prove [2]**  34/25 35/1
**proven [2]**  4/18 43/17
**provide [1]**  22/8
**provided [2]**  3/7 20/14
**providing [1]**  7/16
**pub [1]**  44/6
**public [1]**  31/16
**puff [1]**  29/25
**pull [1]**  6/25
**purported [4]**  8/21 35/21 43/22 45/18
**purportedly [6]**  12/7 14/19 18/13 18/14 20/8 46/4
**purpose [3]**  4/20 36/2 43/8
**purposes [3]**  16/3 35/24 39/18
**put [15]**  2/18 7/3 12/16 18/13 18/13 19/24 20/1 26/24 27/11 33/19 40/1 40/24 41/5 41/6 41/7

**Q**

**question [10]**  6/18 6/20 8/8 17/16 22/13 23/4 32/14 33/23 39/3 41/13
**questions [17]**  2/25 6/14 6/14 6/22 9/18 9/21 14/1 18/12 19/1 19/5 30/13 30/17 41/10 43/6 44/16 45/15 45/16
**quick [3]**  7/20 19/11 42/18
**quote [6]**  37/5 38/8 38/10 38/11 38/13 38/17
**quotes [1]**  37/1

**R**

**raid [4]**  33/12 33/14 33/15 33/15
**raise [1]**  41/12
**raised [2]**  20/2 23/14
**raising [1]**  32/25
**Ranney [2]**  1/14 2/8
**Raul [1]**  11/16
**rea [1]**  40/8
**reached [1]**  14/15
**read [2]**  17/4 29/10
**ready [1]**  19/16
**real [14]**  12/21 13/21 14/9 14/23 15/4 23/21 23/22 25/9 26/7 35/6 40/7 40/22 45/18 45/25
**realize [1]**  42/12
**realized [1]**  14/7
**really [7]**  12/10 33/24 34/1 35/8 37/10 37/24 40/6
**reason [4]**  11/5 11/20 13/25 44/13
**reasonable [1]**  43/18
**rebut [1]**  10/15
**recall [2]**  13/9 13/13
**received [3]**  7/9 46/1 46/2
**receiving [1]**  22/19
**Recess [1]**  19/15
**record [10]**  2/3 2/6 10/11 17/1 17/3 43/4 43/23 46/18 47/9 48/5
**recording [1]**  11/7

**R**

**records [6]**  7/6 7/8 7/11 7/14 7/17 7/21
**red [29]**  5/2 5/7 5/12 5/15 5/17 5/20 5/25 6/5 6/6 7/14 9/9 17/25 18/1 18/2 18/23 20/8 20/10 21/9 22/14 22/25 24/14 26/16 26/18 31/9 31/22 32/4 33/5 40/22 46/1
**referred [1]**  32/12
**refusing [1]**  37/21
**regarding [1]**  4/4
**related [1]**  40/11
**relating [1]**  4/19
**relations [1]**  9/11
**relationship [4]**  15/14 17/25 18/2 18/6
**relationships [2]**  5/25 14/5
**relative [1]**  32/23
**relevant [11]**  2/22 4/14 4/18 4/22 6/5 17/9 22/9 40/10 40/11 40/12 43/10
**rely [5]**  21/23 21/24 21/24 21/25 22/1
**relying [2]**  22/5 35/23
**remained [1]**  18/16
**remarkable [1]**  38/17
**remind [1]**  16/14
**repeatedly [1]**  11/3
**report [1]**  44/5
**reported [1]**  33/8
**reporter [5]**  1/22 1/23 40/18 48/3 48/13
**reporting [2]**  35/19 44/9
**reports [2]**  3/18 32/16
**represent [1]**  4/17
**requires [1]**  26/10
**resolution [1]**  4/4
**resolve [1]**  4/21
**respect [3]**  15/9 22/10 42/5
**respected [2]**  24/5 24/5
**respectively [1]**  3/16
**respond [4]**  2/24 3/1 3/4 42/17
**response [2]**  6/16 20/9
**rest [3]**  33/6 38/12 40/3
**restriction [1]**  15/11
**restrictions [4]**  18/18 18/21 28/6 28/11
**resume [1]**  19/16
**returns [3]**  11/25 35/19 40/2
**revisit [1]**  26/12
**Richardson [1]**  36/11
**right [17]**  2/13 2/18 19/6 19/11 19/16 21/20 23/15 27/8 30/16 30/16 32/8 38/4 42/14 42/16 47/12 47/18 47/20
**risk [1]**  14/4
**Robert [2]**  16/19 45/1
**role [4]**  9/16 25/4 33/3 38/8
**Room [1]**  1/24
**Rosbelt [2]**  26/17 26/17
**routinely [1]**  4/18
**RPR [1]**  48/12
**rub [1]**  34/19
**rubber [1]**  26/1
**Rule [1]**  13/6
**ruling [2]**  36/24 41/16
**rulings [1]**  23/6

**run [1]**  25/2
**running [8]**  9/9 18/9 21/17 22/1 24/19 25/3 28/7 37/16

**S**

**said [19]**  6/12 11/7 13/8 13/11 13/13 13/18 14/3 17/2 24/23 26/2 27/3 34/7 37/1 38/5 38/23 39/13 39/25 41/15 45/9
**sale [7]**  5/16 5/22 7/5 14/24 32/2 38/16 46/13
**salt [1]**  45/20
**same [6]**  16/17 29/17 29/24 30/7 32/11 32/11
**Sarah [2]**  1/14 2/8
**satellite [4]**  16/11 16/18 25/14 25/18
**saw [2]**  7/7 9/11
**say [29]**  7/24 12/21 12/23 20/20 22/6 23/19 23/25 26/19 26/19 26/21 26/21 26/24 26/25 27/4 27/8 30/20 33/13 33/22 33/23 34/1 34/8 34/22 36/19 37/23 37/24 39/12 40/8 40/24 42/7
**saying [19]**  11/11 12/14 17/19 27/20 27/23 29/3 30/18 31/1 31/10 31/16 31/17 33/4 34/16 36/20 36/21 41/5 44/25 45/3 46/17
**says [33]**  7/25 11/23 11/24 12/4 12/6 12/8 16/12 16/20 16/21 16/21 21/5 22/7 24/4 25/25 25/25 26/6 26/11 27/15 27/21 29/5 30/4 30/24 32/24 36/2 36/4 37/17 37/18 38/25 39/1 39/2 44/12 44/23 45/6
**schools [1]**  27/10
**scope [2]**  2/19 4/21
**scroll [1]**  12/4
**scrutiny [3]**  45/2 45/8 46/5
**seat [2]**  16/22 45/6
**second [8]**  6/20 8/8 13/11 17/12 17/13 29/6 30/8 35/10
**secretary [1]**  36/12
**securities [2]**  36/5 36/6
**see [17]**  11/1 14/9 16/3 17/5 20/24 21/13 21/13 24/8 25/3 25/21 26/17 29/10 29/11 30/12 30/24 37/16 44/22
**seeing [1]**  17/6
**seek [1]**  29/8
**seem [2]**  30/8 30/9
**sell [2]**  9/1 32/7
**selling [5]**  15/7 21/16 21/20 24/24 46/11
**send [4]**  19/3 22/22 26/5 26/6
**sends [1]**  26/5
**sense [6]**  8/20 15/10 17/7 19/21 23/22 43/25
**sensible [1]**  28/20
**sent [1]**  7/8
**sentence [1]**  30/1
**sentencing [5]**  4/1 4/6 4/8 19/23 20/1
**separate [2]**  41/6 41/6
**separated [1]**  36/13
**series [1]**  46/1

**serious [1]**  44/8
**set [6]**  2/21 3/61 4/7 6/11 8/21 19/18
**sham [33]**  6/3 8/24 12/15 13/16 14/21 15/5 17/23 23/11 23/12 23/13 23/20 25/5 33/20 33/21 33/22 34/1 34/23 35/2 35/8 35/19 36/3 36/10 41/21 41/22 41/23 45/12 45/16 45/22 45/24 46/9 46/20 47/7 47/10
**shareholder [1]**  16/22
**she [26]**  12/12 14/16 27/8 27/9 27/9 27/10 27/11 27/13 27/13 27/19 27/20 27/21 27/23 28/1 28/1 28/2 28/2 28/2 28/3 28/3 28/3 29/1 29/2 30/18 30/18 30/19
**sheer [1]**  15/16
**Sherry [3]**  1/22 48/3 48/12
**short [1]**  3/3
**shortly [1]**  36/9
**should [13]**  5/19 6/2 25/20 26/25 27/1 28/15 28/19 28/23 34/24 41/5 41/6 43/3 43/7
**shouldn't [1]**  25/3
**show [3]**  12/24 14/11 15/17
**shows [4]**  11/3 16/8 46/13 47/9
**sic [1]**  30/19
**side [1]**  27/8
**sign [3]**  25/22 29/3 29/7
**signatory [1]**  37/16
**signature [1]**  37/3
**signed [2]**  15/1 27/2
**signing [1]**  29/8
**similar [2]**  8/13 21/10
**similarly [3]**  11/3 28/25 29/24
**simple [2]**  44/10 47/22
**simply [6]**  2/21 18/23 28/19 43/21 43/23 47/10
**since [2]**  8/5 37/21
**Singaporean [1]**  9/19
**single [3]**  13/9 34/23 34/24
**sirs [2]**  34/6 34/7
**situation [4]**  31/3 31/19 35/25 37/10
**situations [1]**  35/8
**six [1]**  13/23
**six-year [1]**  13/23
**slow [1]**  40/17
**small [4]**  14/17 15/8 17/6 17/9
**smaller [1]**  11/13
**so [79]**
**sold [7]**  31/22 31/23 31/23 32/4 32/9 33/7 37/19
**soliciting [2]**  22/8 22/11
**some [35]**  2/15 2/20 2/25 3/6 7/13 8/18 13/5 13/9 14/8 15/4 16/2 16/8 16/25 17/21 17/22 19/20 20/2 20/6 24/20 26/22 30/13 30/17 38/6 38/6 41/1 41/5 42/11 44/14 44/20 44/24 45/4 45/7 46/7 46/20 47/6
**somebody [2]**  12/22 14/19
**someone [3]**  11/18 16/13 46/25

| | | |
|---|---|---|
| **S** | **strikes [1]**  38/15 | **telling [5]**  22/4 25/8 30/5 |
| **someplace [1]**  41/5 | **structural [1]**  24/1 | 32/18 46/19 |
| **something [10]**  6/21 16/14 | **structure [7]**  10/24 14/2 | **tells [2]**  29/25 38/25 |
| 20/1 26/9 32/7 39/1 39/2 | 16/5 17/23 18/20 24/5 25/1 | **terms [6]**  8/18 14/25 19/9 |
| 41/2 46/25 47/13 | **structures [1]**  10/4 | 30/8 30/9 43/9 |
| **sometimes [3]**  12/11 22/11 | **structuring [1]**  40/24 | **testified [3]**  13/6 32/3 32/4 |
| 40/20 | **struggling [1]**  38/12 | **testimony [10]**  9/4 12/24 |
| **somewhere [2]**  6/16 6/21 | **stuff [6]**  33/6 33/8 33/21 | 13/11 15/21 17/6 17/7 17/19 |
| **Sonya [2]**  1/19 2/11 | 37/6 38/23 40/1 | 19/2 19/4 46/13 |
| **soon [1]**  27/22 | **substance [3]**  5/24 35/24 | **text [4]**  16/9 25/21 26/5 |
| **sorry [4]**  2/14 27/25 31/11 | 37/22 | 26/6 |
| 40/19 | **such [2]**  24/11 46/15 | **texting [2]**  16/12 16/12 |
| **sort [7]**  25/12 25/15 27/16 | **summarize [1]**  32/14 | **than [6]**  3/7 7/16 13/4 16/4 |
| 31/10 34/17 39/20 40/22 | **summarizes [2]**  7/4 7/6 | 28/12 45/23 |
| **source [5]**  6/18 6/24 7/15 | **summarizing [1]**  16/21 | **thank [6]**  19/10 19/14 42/16 |
| 8/6 31/22 | **summary [7]**  7/2 7/11 7/15 | 47/14 47/19 47/20 |
| **Space [1]**  25/15 | 7/16 7/18 7/21 8/2 | **Thanks [1]**  29/19 |
| **spans [1]**  42/1 | **Sunage [11]**  6/20 8/9 8/10 | **that [295]** |
| **speak [1]**  28/22 | 8/20 9/12 22/15 22/18 22/22 | **that's [21]**  4/10 11/17 14/9 |
| **Spec [1]**  11/16 | 23/3 23/4 46/3 | 16/15 20/24 21/6 23/1 24/11 |
| **specific [3]**  29/8 41/14 | **support [6]**  3/9 3/10 18/9 | 24/11 25/8 28/16 32/6 33/12 |
| 41/15 | 18/10 46/18 46/19 | 36/6 36/13 36/23 37/4 41/7 |
| **specifically [2]**  24/14 42/17 | **supported [4]**  10/10 10/11 | 42/7 42/15 44/1 |
| **spelled [1]**  30/10 | 43/21 43/23 | **their [11]**  13/19 14/5 31/23 |
| **spend [3]**  11/8 18/5 44/12 | **supposed [2]**  22/20 32/23 | 33/4 35/5 35/7 35/17 36/6 |
| **spent [1]**  38/11 | **Supreme [3]**  36/1 36/4 36/6 | 37/17 37/18 46/24 |
| **Spiro [2]**  1/11 2/7 | **sure [6]**  8/5 11/8 24/25 | **them [32]**  6/15 10/24 12/16 |
| **spreadsheet [2]**  6/19 7/2 | 27/13 29/3 32/25 | 14/10 14/22 15/4 20/3 20/6 |
| **squandered [1]**  13/24 | **surprise [1]**  22/2 | 22/4 23/10 23/11 24/3 28/7 |
| **Staffing [1]**  36/23 | **surprising [1]**  24/11 | 28/7 28/9 31/17 31/18 31/23 |
| **stage [1]**  3/5 | **Swiss [2]**  9/19 21/18 | 31/23 33/23 38/9 38/11 38/21 |
| **stake [1]**  5/17 | **switched [3]**  9/5 9/6 9/19 | 38/22 39/11 39/14 39/14 |
| **stamping [1]**  26/1 | | 39/16 41/4 44/3 44/4 45/19 |
| **stand [1]**  33/20 | **T** | **themselves [4]**  14/10 15/21 |
| **standard [3]**  43/13 43/14 | **take [7]**  3/3 19/11 27/12 | 18/5 36/9 |
| 43/19 | 28/8 37/5 42/3 47/20 | **then [16]**  3/3 11/20 12/12 |
| **star [27]**  5/2 5/12 5/17 5/25 | **taken [2]**  19/15 45/20 | 16/1 19/12 20/13 26/5 28/4 |
| 6/5 6/6 7/14 9/9 17/25 18/1 | **taking [2]**  7/22 47/12 | 30/19 32/19 36/9 37/10 38/16 |
| 18/3 18/23 20/8 20/10 21/9 | **talk [16]**  20/23 21/7 23/12 | 45/13 46/9 46/13 |
| 22/14 22/25 24/14 26/16 | 23/22 24/13 24/13 27/24 | **there [61]** |
| 26/18 31/9 31/22 31/23 32/4 | 28/25 32/10 34/2 34/21 42/6 | **thereafter [1]**  36/9 |
| 33/4 33/5 46/2 | 43/22 44/1 45/1 45/4 | **therefore [3]**  5/18 6/2 38/9 |
| **Star's [3]**  5/7 5/15 5/20 | **talked [8]**  15/12 18/17 23/17 | **these [31]**  4/25 7/12 11/14 |
| **Starlink [1]**  25/16 | 24/18 25/12 27/18 40/15 | 11/16 12/15 15/19 16/4 16/6 |
| **start [8]**  6/23 14/7 14/8 | 40/21 | 22/1 22/11 25/10 27/20 29/14 |
| 14/17 15/4 24/9 29/11 45/17 | **talking [15]**  12/10 25/10 | 31/13 33/10 34/23 36/21 38/6 |
| **started [8]**  10/1 14/1 14/12 | 25/19 26/10 28/14 28/23 | 38/6 39/8 40/6 40/16 41/4 |
| 24/10 28/4 45/11 45/14 45/15 | 29/22 30/21 30/22 31/7 31/16 | 42/22 43/24 44/18 45/9 45/19 |
| **starting [4]**  2/5 3/8 14/22 | 32/11 36/22 39/8 46/25 | 45/22 46/1 46/19 |
| 18/11 | **talks [3]**  41/13 44/18 44/20 | **they [59]** |
| **state [2]**  20/9 20/15 | **tangentially [1]**  39/6 | **they're [1]**  19/24 |
| **statement [1]**  38/18 | **Taruki [1]**  16/2 | **thing [20]**  9/5 12/18 14/17 |
| **statements [3]**  3/15 45/19 | **tax [42]**  1/12 3/17 4/5 4/9 | 15/5 16/25 21/15 23/25 29/11 |
| 46/7 | 4/12 4/13 4/15 4/17 4/22 | 30/7 34/22 40/3 40/12 40/15 |
| **states [8]**  1/1 1/3 1/9 2/3 | 4/25 5/1 5/5 5/9 5/10 5/14 | 40/21 41/9 41/12 43/12 44/1 |
| 2/8 3/14 22/14 47/2 | 5/15 5/19 6/9 6/9 10/20 | 44/21 45/18 |
| **status [1]**  42/23 | 11/25 19/25 34/25 35/1 35/18 | **things [16]**  19/23 20/5 20/24 |
| **stemming [2]**  5/11 5/20 | 38/1 38/19 38/19 39/12 39/18 | 22/12 24/12 24/13 25/1 25/10 |
| **step [1]**  27/7 | 40/2 41/19 41/20 42/1 42/5 | 26/7 28/4 28/7 33/24 35/14 |
| **Steve [1]**  21/13 | 42/22 42/24 42/25 43/4 43/9 | 44/13 46/6 47/21 |
| **still [9]**  14/24 14/24 15/5 | 44/9 47/5 | **think [38]**  5/2 6/24 8/11 |
| 22/19 35/2 35/4 35/18 43/15 | **taxable [2]**  35/17 37/11 | 8/12 8/17 8/22 10/9 10/12 |
| 45/21 | **taxed [2]**  41/25 41/25 | 10/18 11/25 15/16 16/24 17/5 |
| **stipulate [1]**  41/17 | **taxes [9]**  5/11 5/20 6/4 6/6 | 17/14 19/6 21/12 21/15 23/17 |
| **stock [2]**  22/3 25/7 | 10/1 10/6 10/19 18/24 40/14 | 23/19 24/2 24/2 24/8 24/12 |
| **story [5]**  9/1 10/25 15/22 | **taxpayer [1]**  36/11 | 24/12 25/9 26/25 27/1 28/12 |
| 46/18 46/19 | **team [1]**  13/2 | 34/16 34/24 36/24 37/7 40/22 |
| **strange [1]**  11/17 | **technicalities [1]**  8/18 | 43/10 44/14 45/6 47/17 47/17 |
| **Street [2]**  1/12 1/15 | **technology [1]**  16/11 | **thinking [1]**  34/17 |
| | **tell [3]**  3/9 31/2 38/25 | **thinks [3]**  11/19 22/8 38/4 |

**third [2]**  30/12 30/23
**this [115]**
**Thomas [1]**  12/1
**those [19]**  6/22 6/24 12/5 14/10 15/21 15/25 17/2 17/8 17/11 23/21 26/15 28/11 32/14 32/14 35/14 39/10 39/10 39/15 39/15
**though [1]**  46/3
**thought [6]**  3/7 7/16 11/5 19/18 23/22 31/17
**thoughts [1]**  19/19
**through [29]**  3/16 3/17 3/18 3/19 3/22 3/24 4/1 4/2 4/3 4/6 4/8 4/25 5/6 5/14 7/5 9/20 11/13 13/22 13/24 20/16 23/12 24/8 25/13 29/10 29/14 37/6 37/23 39/9 47/15
**throughout [1]**  9/20
**throw [1]**  6/14
**thumb [1]**  19/3
**time [20]**  11/8 12/24 13/13 15/22 20/21 22/18 22/23 23/1 23/20 24/6 25/7 26/2 26/22 28/24 29/15 34/11 42/2 42/7 42/11 44/12
**times [3]**  24/2 28/6 28/11
**today [9]**  21/7 23/12 25/15 25/16 34/2 34/2 41/18 41/19 41/19
**today's [1]**  4/20
**together [2]**  7/4 34/19
**told [7]**  10/24 31/17 31/17 35/16 35/17 35/18 44/3
**Tom [1]**  22/11
**too [1]**  9/18
**took [2]**  11/4 42/25
**total [7]**  4/5 4/9 4/12 4/22 5/9 5/19 6/9
**totally [1]**  20/19
**tough [1]**  45/15
**tougher [1]**  45/15
**toured [1]**  24/18
**Tower [1]**  35/20
**trade [1]**  31/9
**trail [4]**  16/14 25/24 25/25 26/7
**transactions [1]**  13/9
**transcript [7]**  1/8 17/4 17/13 32/1 32/1 32/11 48/4
**transcripts [2]**  10/11 13/7
**transfer [3]**  35/11 35/14 40/6
**transferred [8]**  5/17 12/3 12/7 20/20 21/6 22/21 22/25 36/4
**transfers [1]**  7/12
**transition [1]**  42/1
**trap [1]**  28/16
**traveling [2]**  24/21 27/10
**treated [2]**  15/18 23/5
**treating [1]**  16/16
**trial [2]**  4/3 43/18
**tries [1]**  20/25
**trouble [1]**  40/19
**true [5]**  37/4 45/12 45/13 45/13 48/4
**trust [94]**

**trust's [4]**  30/2 30/3 30/4 30/6
**trustee [54]**
**trustee's [1]**  17/20
**trustees [2]**  36/8 36/10
**trusts [18]**  12/16 13/25 15/10 15/16 15/19 16/4 18/19 34/12 34/23 36/19 40/23 41/4 44/20 44/24 45/2 45/9 46/1 46/19
**try [4]**  11/15 28/20 29/12 41/7
**trying [14]**  6/11 9/18 11/8 11/18 25/2 27/23 27/24 27/25 29/13 29/14 33/17 42/4 44/12 45/21
**turn [1]**  4/22
**two [12]**  17/9 21/1 24/3 34/18 35/5 35/7 35/14 36/16 38/2 39/7 39/20 46/23
**type [2]**  8/10 8/18

**U**

**U.S [2]**  1/14 1/23
**ultimate [2]**  5/21 16/6
**ultimately [2]**  44/8 47/9
**uncharged [1]**  4/19
**under [6]**  9/13 13/8 16/2 36/1 39/17 47/13
**undersigned [1]**  34/8
**understand [11]**  3/11 4/7 28/5 28/6 28/7 28/9 28/10 29/20 41/11 41/17 42/5
**understanding [5]**  8/4 8/9 8/14 24/22 47/18
**uninvolved [1]**  14/11
**unique [2]**  46/22 47/6
**UNITED [7]**  1/1 1/3 1/9 2/3 2/8 3/14 47/2
**unless [3]**  24/12 29/7 30/24
**unmute [1]**  17/14
**unpaid [1]**  5/20
**unrelated [1]**  4/16
**unseriously [2]**  15/18 16/15
**until [5]**  14/14 20/20 27/7 27/19 33/24
**up [18]**  6/25 8/21 9/17 16/23 20/6 20/20 22/3 25/5 30/14 30/15 30/23 33/24 36/24 39/20 40/11 43/25 46/20 47/5
**us [10]**  9/16 21/16 23/6 24/24 25/22 38/25 38/25 45/2 45/8 46/21
**use [1]**  2/23
**used [4]**  8/24 9/1 9/25 11/15
**useful [1]**  23/19
**using [4]**  9/23 10/1 10/3 15/13

**V**

**vacuum [1]**  19/20
**valuable [1]**  12/7
**variety [2]**  41/3 44/20
**various [5]**  7/11 9/15 11/14 15/17 16/6
**vast [1]**  10/6
**version [1]**  25/15
**versus [3]**  2/3 35/20 36/3
**very [8]**  6/17 8/13 13/22 30/8 33/25 36/9 42/21 47/21

**video [4]**  17/15 17/17 19/2 19/9
**view [2]**  8/15 33/19
**views [2]**  22/8 22/11
**violating [1]**  4/15
**Virgin [1]**  10/1
**voluntary [2]**  20/25 39/24
**vs [1]**  1/5

**W**

**walk [1]**  25/13
**walked [1]**  37/6
**want [19]**  3/5 4/6 10/15 11/18 17/8 20/5 22/24 23/18 24/7 25/12 25/22 29/10 31/25 34/21 34/22 35/7 41/2 42/17 44/25
**wanted [7]**  8/4 13/10 18/17 20/7 28/2 28/3 39/19
**wants [5]**  19/2 26/19 29/3 33/19 45/23
**warehouse [1]**  46/24
**warrant [1]**  44/9
**was [129]**
**Washington [5]**  1/5 1/13 1/16 1/18 1/25
**wasn't [9]**  7/18 8/5 10/17 17/24 19/24 26/4 35/22 45/12 45/21
**way [12]**  3/8 9/8 10/16 12/9 12/12 12/12 28/20 30/12 30/23 46/17 46/22 46/23
**ways [1]**  47/6
**we [78]**
**we'll [3]**  3/3 20/23 39/6
**wealth [1]**  30/11
**well [15]**  2/12 7/7 12/21 14/22 23/20 24/22 26/21 26/22 27/15 30/20 33/13 40/16 40/22 43/13 44/21
**went [1]**  46/3
**were [34]**  5/8 8/21 10/4 13/3 13/17 13/23 14/4 14/11 15/11 15/18 15/19 16/4 17/4 17/21 20/14 21/10 22/20 22/25 31/10 31/10 32/16 32/19 32/23 33/1 33/24 35/16 35/17 35/18 35/23 36/14 40/22 42/12 45/10 46/19
**what [82]**
**whatever [1]**  23/16
**WhatsApp [1]**  27/20
**when [28]**  9/10 9/19 10/14 10/18 11/2 13/10 13/14 14/1 14/12 20/7 20/18 20/19 20/24 21/6 22/25 24/3 24/4 24/4 24/6 24/9 24/10 25/10 28/4 28/7 28/9 28/10 31/20 33/18
**where [19]**  3/10 3/10 7/8 7/19 7/25 8/19 8/19 8/25 9/22 9/24 10/2 13/23 21/1 21/2 22/18 23/1 30/24 42/12 46/12
**whether [6]**  4/3 19/8 19/22 21/4 21/20 39/3
**which [19]**  4/14 8/10 9/12 9/12 9/24 10/22 11/5 12/2 12/15 15/8 15/10 30/1 31/8 36/23 40/9 40/21 41/25 42/5 43/8

**W**

**while [5]**  4/1 10/5 13/8 32/2 37/19

**who [34]**  7/24 10/23 10/25 11/18 11/24 12/22 12/25 13/2 13/3 13/4 13/6 14/19 14/24 14/25 15/6 15/23 15/24 15/25 16/13 21/17 21/18 22/1 26/8 27/2 34/14 35/10 35/22 36/20 38/3 44/23 45/6 46/12 46/14 46/25

**whoever [2]**  22/8 27/1

**whole [2]**  29/10 40/4

**why [12]**  10/19 10/21 14/9 20/13 21/4 26/21 27/19 28/1 34/4 40/25 41/18 45/3

**Wiederrecht [1]**  36/14

**wife [9]**  9/24 10/2 12/4 12/8 21/5 34/13 34/18 35/22 36/12

**wife's [6]**  9/2 9/2 10/5 12/16 20/10 35/8

**will [11]**  3/4 4/3 4/9 5/10 6/14 16/22 19/12 19/25 26/17 29/25 30/25

**willful [1]**  35/1

**willfulness [2]**  35/3 35/4

**wire [1]**  7/12

**wires [1]**  7/7

**wise [1]**  12/9

**wishes [1]**  13/1

**without [2]**  3/23 43/11

**witness [5]**  26/14 31/24 33/4 37/17 37/18

**witnesses [1]**  2/21

**women [1]**  12/10

**words [4]**  11/7 17/8 44/12 44/18

**work [3]**  15/7 33/25 41/16

**worked [2]**  37/17 39/10

**working [3]**  32/25 33/8 39/10

**works [4]**  14/16 23/7 31/20 31/21

**world [2]**  27/10 27/11

**worry [4]**  27/14 28/3 28/4 34/24

**worse [1]**  46/23

**worth [2]**  12/3 17/6

**would [30]**  2/23 6/16 6/22 6/22 7/16 8/12 10/19 10/21 11/5 19/18 19/20 20/20 27/21 29/7 29/8 29/10 29/11 29/13 30/14 34/11 35/17 37/7 37/24 37/24 38/18 41/16 43/12 44/8 44/16 45/14

**wouldn't [3]**  19/20 26/3 38/11

**writing [2]**  20/1 26/18

**wrong [4]**  3/10 22/7 26/9 26/11

**Y**

**yahoo.com [1]**  12/6

**yeah [1]**  30/14

**year [5]**  13/23 32/17 32/17 43/2 47/2

**years [17]**  3/17 3/19 4/25 5/6 5/14 6/10 18/12 18/12 21/1 21/2 27/23 28/10 29/12 34/3 39/8 45/14 45/22

**yes [10]**  6/23 8/20 12/21 27/3 27/3 27/3 32/9 32/16 32/21 33/2

**York [2]**  1/20 1/21

**you [137]**

**you'll [1]**  24/8

**you're [1]**  44/14

**your [84]**

**yours [1]**  31/12

**yourself [1]**  2/6

**Z**

**Zack [3]**  21/25 24/16 24/16

**Zmuda [1]**  35/8